

# Geden Holdings Ltd
# Process Update #9

April 2013





EXHIBIT D

Case 4:13-cv-01449 Document 1-4 Filed in TXSD on 05/20/13 Page 2 of 19



I. Executive Summary
II. Latest Developments
III. Restructuring Process
IV. Short Term Cash Flow
V. Timeline

Geden Holdings Ltd.

2



# Executive Summary

- This update of the cash flow forecast includes actuals through April 14.
- Discussions continue with all stakeholders to find a consensual solution.
- The company was in the news with the arrest of the Royal for money owed to Rongsheng. This was previously projected to be paid in beyond the forecast. A partial payment has been made and the vessel has been released.

Geden Holdings Ltd.

3

# II. Latest Developments

# Latest Developments
## Operations and Portfolio

- **Shipyard Arrest Resolved:** The Rongsheng shipyard arrested the Royal last week. The vessel has now been released. As a result of this, the cashflow forecast reflects an acceleration of the outstanding payment previously planned for Summer 2013. $8m has been paid made up of $4.5m of Geden own funds and $3.5m extension to the Credit Europe debt facility secured on the Royal. Remaining payments of $1m in each are set for June, July and August.

# Company and Fleet Overview
Employment, Tanker

## Tankers

| Ref | Vessel | Type | Daily Charter Net Rate | Charterer | Maturity | Profit Share End Date | Option Rate | Option Maturity | Option (Month) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | MT AQUA | Aframax Tanker | 13,553 | CHEVRON | Apr-14 | | 13,553 | May-14 | 1 |
| 2 | MT ACTION | Aframax Tanker | 13,158 | URSA SHIPPING | Nov-13 | | 13,775 | May-14 | 2 |
| 3 | MT TARGET | Aframax Tanker | 11,500 | SHELL | Apr-17 | Jun-14 | 11,500 | Apr-22 | 60 |
| 4 | MT TRUE | Aframax Tanker | 11,500 | SHELL | Apr-17 | Jun-14 | 11,500 | Apr-22 | 60 |
| 5 | MT SPIKE | Aframax Tanker | 13,158 | URSA SHIPPING | Oct-13 | | 13,775 | Apr-14 | 6 |
| 6 | MT AVOR | Aframax Tanker | 13,063 | URSA SHIPPING | Aug-13 | | 13,063 | Feb-14 | 6 |
| 7 | MT VALUE | Aframax Tanker | 11,500 | SHELL | Apr-17 | Jun-14 | 11,500 | Apr-22 | 60 |
| 8 | MT BRAVO | Aframax Tanker | 11,500 | SHELL | Apr-17 | Jun-14 | 11,500 | Apr-22 | 60 |
| 9 | MT POWER | Aframax Tanker | 11,500 | SHELL | Apr-15 | Jun-14 | 11,500 | Apr-22 | 60 |
| 10 | MT PROFIT | Suezmax Tanker | 13,000 | SHELL | Apr-15 | Jun-14 | 13,000 | Apr-18 | 36 |
| 11 | MT CENTER | Suezmax Tanker | 15,675 | NIDAS | Jun-13 | | 19,500 | Jun-14 | 12 |
| 12 | MT BLUE | Suezmax Tanker | 13,000 | SHELL | Apr-15 | Jun-14 | 13,000 | Apr-18 | 36 |
| 13 | MT PINK | Suezmax Tanker | 36,834 | GLENCORE | Apr-15 | Jun-14 | 36,834 | Jun-15 | - |
| 14 | MT BLANK | Suezmax Tanker | 13,000 | SHELL | Apr-15 | Jun-14 | 13,000 | Apr-18 | 36 |
| 15 | MT REEF | Suezmax Tanker | 37,080 | GLENCORE | Jul-15 | | 37,080 | Jul-15 | - |
| 16 | MT HERO | Suezmax Tanker | 13,000 | SHELL | Nov-15 | Jun-14 | 13,000 | Nov-18 | 36 |
| 17 | MT ROYAL | Suezmax Tanker | 13,000 | SHELL | Nov-15 | Jun-14 | 13,000 | Nov-18 | 36 |
| 18 | MT ENJOY | Panamax Tanker | 13,825 | CSSA | Mar-14 | | 13,000 | Mar-14 | - |
| 19 | MT MARKA | Panamax Tanker | 11,959 | Panamax International (P.I.) | Jun-13 | | 12,925 | Dec-13 | 6 |
| 20 | MT CITRON | MR Pro/Chem Tanker | 13,380 | SHELL | May-13 | | 13,380 | Jul-13 | 2 |
| 21 | MT CITRUS | MR Pro/Chem Tanker | 13,380 | SHELL | Jul-13 | | 13,380 | Sep-13 | 2 |
| 22 | MT ACOR | Ice Class Pro/Chem Tanker | 11,700 | NORDEN | May-13 | | 12,200 | May-14 | 12 |
| 23 | MT CARRY | Ice Class Pro/Chem Tanker | 11,150 | NORDEN | Aug-13 | | | Sep-13 | 1 |
| 24 | MT ROVA | Ice Class Pro/Chem Tanker | 12,250 | CSSA | Nov-13 | | | Dec-13 | 1 |
| 25 | MT COTTON | Ice Class Pro/Chem Tanker | 12,250 | CSSA | Nov-13 | | | Dec-13 | 1 |
| 26 | MT CARGO | Ice Class Pro/Chem Tanker | 11,690 | NORDEN | May-13 | | 12,640 | May-14 | 12 |
| 27 | MT ROCK | Ice Class Pro/Chem Tanker | 12,190 | NORDEN | Mar-14 | | 12,640 | Apr-14 | 1 |
| 28 | MT ROCKET | Ice Class Pro/Chem Tanker | 11,690 | NORDEN | Jun-13 | | 12,640 | Jul-14 | 12 |



# Company and Fleet Overview
Employment, Bulk

## Bulkers

| Ref | Vessel | Type | Daily Charter Net Rate | Charterer | Maturity | Profit Share End Date | Option Rate | Option Maturity | Option (Month) |
|---|---|---|---|---|---|---|---|---|---|
| 31 | MV SCOPE | Capesize Bulk Carrier | 10,000 | SWISS MARINE | Oct-13 | | - | May-14 | 7 |
| 32 | MV FLASH | Capesize Bulk Carrier | | DOCKYARD | | | - | Jan-00 | - |
| 33 | MV PROUD | Capesize Bulk Carrier | 56,000 | COSCO | Jun-14 | | - | Jun-14 | - |
| 34 | MV ANGEL | Capesize Bulk Carrier | 10,213 | Oldendorff GMBH & CO., KG, Luebeck | Jan-14 | | - | May-14 | 4 |
| 35 | MV PRETTY | Capesize Bulk Carrier | 9,975 | MANSEL | Oct-13 | | - | May-14 | 7 |
| 36 | MV CASH | Kamsarmax Bulk Carrier | | N/A | | | - | Jan-00 | - |
| 37 | MV COLLECTION | Kamsarmax Bulk Carrier | | N/A | | | - | Jan-00 | - |
| 38 | MV CITY | Kamsarmax Bulk Carrier | | N/A | | | - | Jan-00 | - |
| 39 | MV ASIA | Supramax Bulk Carrier | 8,456 | SUPREME BULK CARRIERS | Jun-13 | | - | Oct-13 | 4 |
| 40 | MV FANTASTIC | Supramax Bulk Carrier | 6,978 | SUPREME BULK CARRIERS | Jan-13 | | 6,978 | Apr-13 | 3 |
| 41 | MV AMAZING | Supramax Bulk Carrier | 7,267 | SUPREME BULK CARRIERS | Feb-13 | | 7,267 | May-13 | 3 |
| 42 | MV TARSUS | Supramax Bulk Carrier | 6,978 | SUPREME BULK CARRIERS | May-13 | | 6,978 | Jul-13 | 2 |
| 43 | MV SPOT | Supramax Bulk Carrier | 10,925 | GRAND WAY SUCCESS | Apr-13 | | - | Apr-13 | - |
| 44 | MV CLEAR | Supramax Bulk Carrier | 5,850 | Denmar Chartering & Trading GMBH | May-13 | | 5,850 | May-13 | - |
| 45 | MV NAMRUN | Supramax Bulk Carrier | | Hamburg, Germany | | | | | |
| 46 | MV BAYTUR | Supramax Bulk Carrier | 7,256 | SUPREME BULK CARRIERS | Jan-13 | | 7,256 | Apr-13 | 3 |
| 47 | MV SOUTH | Supramax Bulk Carrier | 6,978 | SUPREME BULK CARRIERS | Jan-13 | | 6,978 | Apr-13 | 3 |
| 48 | MV EAST | Supramax Bulk Carrier | 9,144 | SUPREME BULK CARRIERS | May-13 | | 9,144 | May-13 | 2 |
| 49 | MV WEST | Supramax Bulk Carrier | 7,700 | SUPREME BULK CARRIERS | Jun-13 | | 7,700 | Aug-13 | 2 |
| 50 | MV SECRET | Supramax Bulk Carrier | 7,219 | SUPREME BULK CARRIERS | Jan-13 | | 7,219 | Apr-13 | 3 |
| 51 | MV SHARP | Supramax Bulk Carrier | 8,422 | SUPREME BULK CARRIERS | Jan-13 | | 8,422 | Apr-13 | 3 |
| 52 | MV CAPITAL | Supramax Bulk Carrier | 8,075 | SIVA BULK | May-13 | | - | Jan-00 | 2 |
| 53 | MV METROPOL | Supramax Bulk Carrier | 8,075 | SIVA BULK | May-13 | | - | Jan-00 | 2 |
| 54 | MV WORLD | Supramax Bulk Carrier | 7,219 | SUPREME BULK CARRIERS | Mar-13 | | - | Jan-00 | - |
| 55 | MV EARTH | Supramax Bulk Carrier | 8,265 | SIVA BULK | Apr-13 | | 8,265 | Jul-13 | - |
| 56 | MV WIND | Mini Bulk Carrier | | On Spot | | | - | Jan-00 | - |
| 29 | MT CV STEALTH | Aframax Tanker | | On Spot | | | - | Jan-00 | - |
| 30 | MT ES STEALTH | Aframax Tanker | | On Spot | | | - | Jan-00 | - |

Geden Holdings Ltd.

7

# III. Restructuring Process

## Restructuring Process
Updated Negotiations

- The Company and its advisors have continued discussion with all stakeholders since the previous update, in order to formulate and develop a restructuring transaction for a viable long term solution. Discussions with all stakeholders continue to seek a consensual solution.

- We are in the process of distributing an alternative proposal for stakeholders to evaluate over the early part of May.

Geden Holdings Ltd.

9



# IV. Short Term Cash Flow

A. Cash Flow
B. Variance Analysis

# Cash Flow
## Cash Flow #9

*(Currency: In millions of US dollars)*

| | 07/04/2013 | Apr-13 14/04/2013 | 21/04/2013 | 30/04/2013 | 07/05/2013 | May-13 14/05/2013 | 21/05/2013 | 31/05/2013 | 07/06/2013 | Jun-13 14/06/2013 | 21/06/2013 | 30/06/2013 | Jul-13 07/07/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| Earnings / Income | 10.6 | 5.0 | - | - | 16.5 | - | 3.3 | - | 16.1 | - | 3.5 | - | 17.9 |
| Opex | (1.3) | (1.3) | - | - | (1.3) | (4.9) | (1.3) | (3.4) | (1.3) | (4.8) | (1.4) | (3.9) | (1.3) |
| CF from Operations | 9.2 | 3.7 | - | - | 15.2 | (4.9) | 2.0 | (3.4) | 14.8 | (4.8) | 2.1 | (3.9) | 16.6 |
| Dry Docking | | | | | (0.5) | | | (0.4) | | (0.4) | | | |
| Capex | | (4.2) | | (8.0) | (16.9) | | | | (1.0) | | (16.9) | | (1.0) |
| CF from Investment | | (4.2) | | (8.0) | (17.4) | | | (0.4) | (1.0) | (0.4) | (16.9) | | (1.0) |
| Cash Available for Debt Service | 9.2 | (9.0) | 3.7 | (10.6) | (2.2) | (4.9) | 2.0 | (3.8) | 13.8 | (5.2) | (14.8) | (3.9) | 15.6 |
| Principal Rpmnt | | | | | | | | | | | | | |
| -Pre | (0.6) | (0.6) | (0.6) | (12.2) | - | (0.8) | (6.7) | (1.7) | (10.2) | - | (12.2) | (6.8) | - |
| -Post | - | - | (0.3) | (2.4) | (0.7) | (1.3) | (1.9) | (0.4) | (3.0) | - | (0.6) | (0.7) | - |
| Interest | (4.9) | (0.6) | (1.1) | (1.2) | (5.3) | - | (1.0) | (0.4) | (5.2) | (0.2) | (1.0) | (0.4) | (5.3) |
| Bareboat Payments | - | - | - | (0.4) | 25.3 | - | - | - | - | - | 25.3 | - | - |
| New Korean Funds | - | - | - | - | | | | | | | | | |
| Principal Ddwn | | 3.5 | | | | | | | | | | | |
| CF from financing | (5.5) | 3.0 | (1.9) | (12.7) | 19.3 | (2.0) | (9.7) | (2.4) | (18.4) | (0.2) | 10.9 | (8.0) | (5.3) |
| Other cash inflow | - | 1.8 | - | - | - | - | - | - | - | - | - | - | - |
| (Sharehldr Eqt Inject, Restrict cash Releases, etc) | | | | | | | | | | | | | |
| Net Cash Flow | 3.7 | (4.2) | 1.8 | (23.3) | 17.1 | (6.9) | (7.6) | (6.3) | (4.6) | (5.5) | (3.9) | (11.9) | 10.3 |
| Opening Cash | 10.0 | 13.7 | 9.5 | 11.3 | (12.1) | 5.0 | (1.9) | (9.6) | (15.8) | (20.4) | (25.9) | (29.7) | (41.6) |
| Change in Cash | 3.7 | (4.2) | 1.8 | (23.3) | 17.1 | (6.9) | (7.6) | (6.3) | (4.6) | (5.5) | (3.9) | (11.9) | 10.3 |
| Closing Cash | 13.7 | 9.5 | 11.3 | (12.1) | 5.0 | (1.9) | (9.6) | (15.8) | (20.4) | (25.9) | (29.7) | (41.6) | (31.3) |
| *Initiatives (Tier 1)* | | | | | | | | | | | | | |
| Bank Deferral | - | (1.5) | 0.6 | - | - | 0.8 | 3.5 | 1.2 | 9.1 | - | 0.6 | 5.3 | - |
| Overdue | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bareboat Deferral | 3.0 | - | - | - | - | - | - | - | - | - | - | - | - |
| Overdue | - | - | (1.5) | (0.1) | 1.1 | - | 0.4 | 0.1 | 1.1 | - | 0.3 | 0.1 | - |
| *Initiatives (Tier 2)* | | | | | | | | | | | | | |
| Lloyds | | | | 2.4 | | | 1.9 | | | | | | |
| Deba | | | | (8.0) | 0.6 | | 1.3 | 0.3 | | | 0.3 | | |
| Narkis | | | | | | | | | | | | | |
| NSF | | | | | | | | | | | | | |
| Bank Deferral | - | - | - | (0.6) | 0.6 | - | 3.2 | 0.4 | - | - | 0.3 | - | - |
| Yard | | | | | | | | | | | | | |
| Suppliers | | | | | | | | | | | | | |
| Net Proceeds from Asset Sales | - | - | - | - | - | - | - | - | - | - | - | - | - |
| CF from financing (Tier 1) | 3.0 | (1.5) | (0.9) | (0.1) | 1.1 | 0.8 | 3.9 | 1.4 | 10.2 | - | 0.9 | 5.5 | - |
| CF from financing (Tier 1 and 2) | 3.0 | (1.5) | (0.9) | (0.7) | 1.6 | 0.8 | 7.1 | 1.8 | 10.2 | - | 1.2 | 5.5 | - |
| *Risks* | | | | | | | | | | | | | |
| Rate decrease | | | | | | | | | | | | | |
| Garanti | | | | | | | | | | | | | |
| Net Initiatives | 3.0 | (1.5) | (0.9) | (0.7) | 1.6 | 0.8 | 7.1 | 1.8 | 10.2 | - | 1.2 | 5.5 | - |
| Cumulative Initiatives | 3.3 | 21.8 | 20.9 | 20.2 | 21.9 | 22.6 | 29.7 | 31.5 | 41.7 | 41.7 | 42.9 | 48.3 | 48.3 |
| Cash with Initiatives | 37.0 | 31.3 | 32.2 | 8.1 | 26.9 | 20.7 | 20.2 | 15.7 | 21.3 | 15.8 | 13.1 | 6.7 | 17.0 |

Geden Holdings Ltd.

# Cash Flow
## Variance Actuals

*(Currency: in millions of US dollars)*

| | Actuals: 2 wks ending Apr 14 Fcst #8 | Fcst #9 | Actuals Variance | Permanent Variance | Temporary Variance | Comments Permanent; Temporary |
|---|---|---|---|---|---|---|
| Earnings / Income | 12.1 | 10.6 | (1.5) | - | (1.5) | n/a; 1.50 mio timing |
| Opex | (6.1) | (6.1) | - | - | - | |
| CF from Operations | 6.0 | 4.5 | (1.5) | - | (1.5) | |
| Dry Docking | (0.5) | - | 0.5 | - | 0.5 | n/a; timing |
| Capex | (4.2) | (4.2) | - | - | - | |
| CF from investment | (4.7) | (4.2) | 0.5 | - | 0.5 | |
| Cash Available for Debt Service | 1.3 | 0.3 | (1.0) | - | (1.0) | |
| Principal Rpmnt | | | | | | |
| -Pre | - | - | - | - | - | |
| -Post | (0.6) | (0.6) | - | - | - | |
| Interest | (1.2) | (1.3) | (0.1) | - | (0.1) | n/a; timing |
| Bareboat Payments | (4.9) | (4.9) | - | - | - | |
| New Koreans Funds | - | - | - | - | - | |
| Principal Ddwn | 4.2 | 4.2 | - | - | - | |
| CF from financing | (2.4) | (2.5) | (0.1) | - | (0.1) | |
| Equity & Other (Cash release, etc) | - | 1.8 | 1.8 | 1.8 | - | Release of restricted cash held by Profit/DVB and Bravo/Unicredit; n/a |
| Net Cash Flow | (1.1) | (0.5) | 0.6 | 1.8 | (1.2) | |
| Opening Cash | 30.3 | 30.3 | - | - | - | |
| Change in Cash | (1.1) | (0.5) | 0.6 | 1.8 | (1.2) | |
| Closing Cash before initiatives | 29.2 | 29.8 | 0.6 | 1.8 | (1.2) | |
| **Initiatives#1** | | | | | | |
| Bank deferral | 0.6 | (1.5) | (2.1) | (2.1) | - | DVB partial repayment+Bravo/Unicredit repayment; n/a |
| 2012 Overdue catch-up | - | - | - | - | - | |
| Bareboat deferral | 0.9 | 3.0 | 2.1 | - | 2.1 | n/a; timing |
| 2012 Overdue catch-up | - | - | - | - | - | |
| **Initiatives#2** | | | | | | |
| Bank deferral | 0.5 | - | (0.5) | (0.5) | - | Bravo&Value/NSF interest; n/a |
| Yard | - | - | - | - | - | |
| Suppliers | - | - | - | - | - | |
| Net Proceeds from Asset Sales | - | - | - | - | - | |
| Total Initiatives #1 and #2 | 2.0 | 1.5 | (0.4) | (2.6) | 2.1 | |
| Cash with R&O | 31.1 | 31.3 | 0.2 | (0.8) | 1.0 | |

Geden Holdings Ltd.

# Cash Flow Variance Forecast

*(Currency: In millions of US dollars)*

| | Apr 1–Jul 7 Period Fcst #8 | Fcst #9 | 13 week Variance | Permanent Variance | Temporary Variance | Comments Permanent; Temporary |
|---|---|---|---|---|---|---|
| Earnings / Income | 72.9 | 72.9 | (0.0) | (0.0) | - | |
| Opex | (33.8) | (33.8) | - | - | - | |
| CF from Operations | 39.1 | 39.1 | - | - | - | |
| Dry Docking | (1.3) | (1.3) | - | - | - | |
| Capex | (48.1) | (48.1) | - | - | - | |
| CF from Investment | (49.3) | (49.3) | - | - | - | |
| Cash Available for Debt Service | (10.2) | (10.2) | (0.0) | (0.0) | - | |
| Principal Rpmnt | | | | | | |
| -Pre | (24.4) | (24.4) | - | - | - | |
| -Post | (30.3) | (30.3) | - | - | - | |
| Interest | (11.1) | (11.5) | (0.4) | (0.4) | - | Garanti bank due to the delivery delays; n/a |
| Bareboat Payments | (24.9) | (24.9) | - | - | - | |
| New Koreans Funds | 50.5 | 50.5 | - | - | - | |
| Principal Ddwn | 4.2 | 7.7 | 3.5 | 3.5 | - | Royal-Credit Europe ; n/a |
| CF from financing | (35.9) | (32.9) | 3.1 | 3.1 | - | |
| Equity & Other (restricted cash release, etc) | - | 1.8 | 1.8 | 1.8 | - | Release of restricted cash held by Profit/DVB and Bravo/Unicredit; n/a |
| Net Cash Flow | (46.1) | (41.3) | 4.8 | 4.8 | - | |
| Opening Cash | 30.3 | 30.3 | - | - | - | |
| Change in Cash | (46.1) | (41.3) | 4.8 | 4.8 | - | |
| Closing Cash before Initiatives | (15.9) | (11.1) | 4.8 | 4.8 | - | |
| **Initiatives#1** | | | | | | |
| Bank deferral | 21.7 | 19.7 | (2.1) | (2.1) | - | DVB partial repayment+Bravo/Unicredit repayment; n/a |
| 2012 Overdue | - | - | - | - | - | |
| Bareboat deferral | 4.6 | 4.5 | (0.0) | (0.0) | - | |
| 2012 Overdue | - | - | - | - | - | |
| **Initiatives#2** | | | | | | |
| Bank deferral | 4.4 | 3.9 | (0.5) | (0.5) | - | NSF interest; n/a |
| Yard | 10.0 | - | (10.0) | (10.0) | - | Royal ; n/a |
| Suppliers | - | - | - | - | - | |
| Net Proceeds from Asset Sales | - | - | - | - | - | |
| Total Initiatives #1 and #2 | 40.7 | 28.1 | (12.6) | (12.6) | - | |
| **Risks** | | | | | | |
| Rate decrease | - | - | - | - | - | |
| Arrest | - | - | - | - | - | |
| CF from financing | - | - | - | - | - | |
| Net Initiatives and Risks | 40.7 | 28.1 | (12.6) | (12.6) | - | |
| Cash with R&O | 24.8 | 17.0 | (7.8) | (7.8) | - | |

Geden Holdings Ltd.



# Cash Flow
## Breakdown Overdues

*(Currency: In thousands of US Dollars)*

### Deferrals Bareboat (as of 14 Apr 13)

| | | |
|---|---|---|
| FSL | Aqua | 1,015.6 |
| FSL | Action | 1,015.6 |
| Stealth | Avor | 270.9 |
| Icon | Center | 840.0 |
| Octavian | Enjoy | 546.0 |
| Octavian | Marka | 546.0 |
| Icon | Fantastic | 881.1 |
| Icon | Amazing | 724.8 |
| Stealth | CV Stealth | 233.3 |
| **Total** | | **6,010.3** |

### Deferrals Banks / Other (as of 14 Apr 13)

| | | |
|---|---|---|
| Nord LB | Target | 611.6 |
| Nord LB | True | 682.9 |
| DVB | Profit | 735.0 |
| Commerz | Blue | 765.0 |
| HSH | Hero | 1,800.0 |
| CCB | Proud | 2,593.6 |
| Deka | Tarsus | 1,000.0 |
| Deka | Spot | 1,000.0 |
| Deka | Clear | 1,000.0 |
| DVB | Asia | 510.4 |
| DVB | Earth | 131.3 |
| DVB | Wind | 131.3 |
| **Total** | | **10,961.0** |

Natixis and Lloyds paid, Unicredit drawdown on deposit

Geden Holdings Ltd.

14



## Cash Flow
### Suppliers

*(Currency: In thousands of USD)*

- A/P has been increased by $1.1m since the last update from $29.5

| Accounts Payable as of Mar 25 2013 | 6 months | -5 months | -4 months | 3 month | 2 months | -1 months | current month | 1 month | 2 month | 3 month | 4 month | 5 month | 6 month | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Agency & Port | 257 | 25 | 111 | 378 | 156 | 223 | 197 | 61 | - | - | - | - | - | 1,408 |
| Bank Expenses | 606 | - | 3 | 34 | - | 3 | - | - | - | - | - | - | - | 646 |
| Brokerage | 434 | 15 | 9 | 55 | 5 | 15 | 6 | - | - | - | - | - | - | 529 |
| Bunkers | 88 | 19 | 21 | 82 | 18 | 337 | 27 | - | - | - | - | - | - | 592 |
| Chemicals & Refrigerants | - | - | 1 | 2 | - | 2 | 1 | - | - | - | - | - | - | 7 |
| Classification Services | 127 | 44 | 90 | 320 | 141 | 200 | 88 | - | - | - | - | - | - | 1,010 |
| Consultancy | 802 | - | - | - | - | - | - | - | - | - | - | - | - | 802 |
| Crew Agency | - | - | 3 | 51 | 29 | 37 | 33 | - | - | - | - | - | - | 153 |
| Crew Related | 18 | - | - | 6 | 36 | 30 | 111 | 185 | - | - | - | - | - | 385 |
| Drydock | 69 | - | 135 | 84 | - | - | - | - | - | - | - | - | - | 288 |
| Insurance | - | - | - | 17 | 837 | 1,363 | 1,581 | 1,817 | 481 | 1,045 | 534 | 325 | 1,930 | 9,930 |
| Logistics & Forwarding | 21 | 8 | 79 | 5 | 8 | 64 | 34 | 12 | - | - | - | - | - | 231 |
| Lubricants | - | - | 122 | 224 | 40 | 118 | 851 | 663 | 119 | 48 | - | - | - | 2,184 |
| Management | - | - | - | - | 71 | 251 | 313 | - | - | - | - | - | - | 635 |
| Membership Fees | 38 | 5 | 8 | 32 | 5 | 44 | - | - | - | - | - | - | - | 133 |
| Navigation & Communication | 219 | 64 | 52 | 287 | 123 | 176 | 80 | 3 | - | - | - | - | - | 1,005 |
| Office | 64 | - | 109 | - | 2 | - | - | - | - | - | - | - | - | 175 |
| Other | 228 | 45 | 44 | 142 | 16 | 339 | 1,425 | 3 | - | 2 | - | - | - | 2,244 |
| Paints | 53 | 207 | 77 | 512 | - | 44 | 54 | 62 | - | - | - | - | - | 1,008 |
| Provision & Catering | 49 | - | 1 | 27 | 7 | 287 | 33 | 186 | - | - | - | - | - | 588 |
| Spares & Technical services | 1,513 | 148 | 127 | 380 | 146 | 319 | 216 | 127 | - | - | - | - | - | 2,974 |
| Stores & Consumable supply | 1,178 | 85 | 334 | 897 | 276 | 515 | 281 | 31 | - | - | - | - | - | 3,598 |
| **TOTAL** | **5,763** | **665** | **1,326** | **3,534** | **1,916** | **4,367** | **5,319** | **3,150** | **599** | **1,095** | **534** | **325** | **1,930** | **30,525** |



Cash Flow — Available Cash

Geden Holdings Ltd.

Note: CF#2 was not circulated



## V. Timeline

# Timeline
## Process

| | Target Date | New Date | Resp. |
|---|---|---|---|
| **NDSTILL PERIOD** | | | |
| **Short Term Cash Flow** | | | |
| CF Report (#1) – actuals thru 01-Dec | 20-Dec | | Company |
| CF Report (#2) – No cash Flow | 18-Jan | | Company |
| CF Report (#3) – actuals thru 18-Jan | 30-Jan | 01-Feb | Company |
| CF Report (#4) – actuals thru 01-Feb | 13-Feb | | Company |
| CF Report (#5) – actuals thru 15-Feb | 27-Feb | | Company |
| CF Report (#6) – actuals thru 01-Mar | 13-Mar | | Company |
| CF Report (#7) – actuals thru 15-Mar | 27-Mar | | Company |
| CF Report (#8) – actuals thru 29-Mar | 10-Apr | | Company |
| CF Report (#9) – actuals thru 12-Apr | 24-Apr | | Company |
| CF Report (#10) – actuals thru 26-Apr | 08-May | 30-Apr | Company |
| **Baytur Sale** | | | |
| Marketing, Inspection, Negotiations | 15-Feb | | Company |
| Close | 01-Apr | | Company |
| **Standstill** | | | |
| Standstill Request | 25-Dec | | Company |
| Equity Injection of $10m | 30-Dec | | Company & S/H |
| Comments from lenders | 18-Jan | | Lenders |
| **Royal Refinancing** | | | |
| Bank Approval | 24-Jan | | Company |
| Bank Drawdown | 05-Feb | | Company |
| **Royal Alternatives** | | | |
| Bank #1 decision on financing | 01-Feb | | Company |
| Bank #1 potential drawdown | 18-Feb | | Company |
| **TRUCTURING** | | | |
| **Restructuring Terms** | | | |
| Company-led proposal circulation | 20-Nov | | Company |
| Bilateral Discussions with Lenders | 25-Jan | | AP/Company |
| Bilateral Discussions with BB Owners | 30-Jan | | AP/Company |
| Update #1 on Company Proposal | 08-Feb | 28-Feb | AP/Company |
| BB Owner meetings in New York | 21-Mar | 17-Apr | Owners |
| Circulation of Alternative Proposal | 02-May | | AP/Company |
| Credit Committee Approvals (tentative) | 15-May | | Lenders/Owner |
| Documentation (tentative) | 29-Mar | 26-May | Legal |
| Close (tentative) | 01-Apr | 02-Jun | All |

Geden Holdings Ltd.



# Timeline
## Process

| | Target Date | New Date | Resp. |
|---|---|---|---|
| **NDSTILL PERIOD** | | | |
| **Short Term Cash Flow** | | | |
| CF Report (#1) - actuals thru 01-Dec | 20-Dec | | Company |
| CF Report (#2) - No cash Flow | 18-Jan | | Company |
| CF Report (#3) - actuals thru 18-Jan | 30-Jan | 01-Feb | Company |
| CF Report (#4) - actuals thru 01-Feb | 13-Feb | | Company |
| CF Report (#5) - actuals thru 15-Feb | 27-Feb | | Company |
| CF Report (#6) - actuals thru 01-Mar | 13-Mar | | Company |
| CF Report (#7) - actuals thru 15-Mar | 27-Mar | | Company |
| CF Report (#8) - actuals thru 29-Mar | 10-Apr | | Company |
| CF Report (#9) - actuals thru 12-Apr | 24-Apr | 30-Apr | Company |
| CF Report (#10) - actuals thru 26-Apr | 08-May | | Company |
| **Standstill** | | | |
| Standstill Request | 25-Dec | | Company |
| Equity injection of $30m | 30-Dec | | Company & S/H |
| Comments from lenders | 18-Jan | | Lenders |
| **Baytur Sale** | | | |
| Marketing, Inspection, Negotiations | 15-Feb | | Company |
| Close | 01-Apr | | Company |
| **Royal Refinancing** | | | |
| Bank Approval | 24-Jan | | Company |
| Bank Drawdown | 05-Feb | | Company |
| **Royal Alternatives** | | | |
| Bank #1 decision on financing | 01-Feb | | Company |
| Bank #1 potential drawdown | 18-Feb | | Company |
| **TRUCTURING** | | | |
| **Restructuring Terms** | | | |
| Company-led proposal circulation | 20-Nov | | Company |
| Bilateral Discussions with Lenders | 25-Jan | | AP/Company |
| Bilateral Discussions with BB Owners | 30-Jan | | AP/Company |
| Update#1 on Company Proposal | 08-Feb | 28-Feb | AP/Company |
| BB Owner meetings in New York | 21-Mar | 17-Apr | Owners |
| Circulation of Alternative Proposal | 02-May | | AP/Company |
| Credit Committee Approvals (tentative) | 15-May | | Lenders/Owners |
| Documentation (tentative) | 29-Mar | 26-May | Legal |
| Close (tentative) | 01-Apr | 02-Jun | All |