

# Project Hermitage
# Alternative Proposal

April 2013

www.alixpartners.com

tabbies®

EXHIBIT

E

# Contents



I.    Executive Summary

II.   Overview of Alternative Proposal

AlixPartners

# I. Executive Summary

AlixPartners

# Executive Summary

## Recap of discussions to date

- Bank objections to the November Plan have mainly centered around cross subsidization between stakeholders, the allocation of equity, and de-risking via asset disposals

- Bareboat owners have not accepted the 35% reduction in payments requested under the November Plan

## Objectives and constraints for Geden

- Management continues to assess asset disposals in light of the overall strategy for the fleet. Under present circumstances, management is not supportive of further asset sales

- Equity of $50m is available to facilitate the restructuring; $10m was contributed in December 2012

- The current cash position is very tight and will worsen in Q2-Q3 as a result of new deliveries and yard payments, limiting the Company's ability to address aggressive action from stakeholders

## Alternative Proposal

- An alternative proposal is based on a restructuring of obligations reflecting individual vessel/facility earnings

- After securing a minimum operational cash level, new equity would be allocated directly and equitably into the individual vessels

- We contemplate several structures from which bareboat owners could self-select an alternative best suited to their individual objectives

4

AlixPartners

# II. Overview of Alternative Proposal

AlixPartners

# Overview of Alternative Proposal
Banks

- Of the $50m in equity available, $10m has already been provided in December. Another $10m will be required at a transaction close in order to maintain minimum operational cash

- The remaining $30m would be allocated equally between 55[1] vessels, as an ongoing subsidy to prevailing market rates equal to approximately $750/ship/day

- Based on the Company's rate forecast, the structure would result in the adjacent deferrals (in $m) for Senior Lenders over the next 2 years

## Bank Breakeven and Deferrals under Alternative Proposal ($m)

| Bank | Revenue 2013 fcst | Opex[2] | Net Earnings 2013 fcst | Equity Subsidy | Interest | Available for Repmnts | Current contractual Repmts | Required deferral for 2013 |
|------|------|------|------|------|------|------|------|------|
| Lloyds | 32.1 | (7.8) | 24.4 | 0.8 | 3.7 | 21.4 | 9.7 | 0% |
| Natixis | 11.8 | (4.3) | 7.7 | 0.5 | 0.7 | 7.4 | 6.8 | 0% |
| CCB | 25.0 | (4.5) | 20.6 | 0.5 | 2.0 | 19.0 | 18.9 | 0% |
| Subtotal | 68.9 | (16.5) | 52.7 | 1.9 | 6.5 | 47.9 | 35.3 | 0% |
| CDB | 10.4 | (4.5) | 6.0 | 0.5 | 3.3 | 3.2 | 4.1 | 22% |
| HSH | 14.5 | (7.4) | 7.2 | 0.8 | 1.9 | 6.0 | 8.1 | 26% |
| DVB NLB | 22.2 | (12.2) | 10.2 | 1.4 | 4.6 | 6.7 | 10.1 | 34% |
| DVB NLB San | 13.2 | (7.2) | 6.1 | 0.8 | 2.6 | 4.2 | 5.4 | 23% |
| NLB | 9.3 | (5.2) | 4.2 | 0.5 | 1.0 | 3.6 | 5.2 | 30% |
| DVB | 7.2 | (5.0) | 2.3 | 0.8 | 0.9 | 2.2 | 3.1 | 30% |
| Commerzbank | 4.7 | (2.6) | 2.2 | 0.3 | 0.8 | 1.6 | 3.1 | 48% |
| Unicredit | 14.0 | (7.8) | 6.3 | 0.8 | 3.3 | 3.7 | 7.0 | 47% |
| Dekabank | 10.5 | (6.1) | 4.5 | 0.8 | 1.9 | 3.2 | 12.0 | 73% |
| NSF | 7.3 | (4.1) | 3.2 | 0.5 | 4.5 | 3.7 | 0.0 | 17%[3] |
| Credit Europe | 5.1 | (2.6) | 2.6 | 0.3 | 3.0 | 2.8 | 0.0 | 6%[4] |
| Subtotal | 118.4 | (64.7) | 54.6 | 7.7 | 20.4 | 41.0 | 65.6 | 37%[5] |

[1] including deliveries in 2013 and adjusted for sale of Baytur
[2] includes $100/day reserve toward drydocking costs of which there are $2.6m forecast for 2013 and $4.5m forecast for 2014 across active fleet
[3] Percentage of NSF interest needs to be PIK
[4] Percentage of Credit Europe interest needs to be PIK (2 year grace period already supplies)
[5] includes NSF and Credit Europe PIK in deferral subtotal
[6] GB Global debt/equity swap under negotiation

AlixPartners

# Overview of Alternative Proposal
Bareboats

Bareboat owners would be able to self-select around 3 options:

| Option | Description | Years 1 and 2 (though June 2015) | Remaining term | Purchase obligation |
|--------|-------------|----------------------------------|----------------|---------------------|
| A | 2 year reduction with purchase option/ obligation increase | Subsidy of $7750/day/vessel | 100% of contracted | Increase in purchase options by 60% of foregone payments in years 1 and 2 |
| B | 2 year reduction with share of upside | Subsidy of $7750/day/vessel | 100% of contracted plus 70% share of net earnings above this | No change |
| C | Redelivery of vessels | N/A | N/A | Redelivery including a goodwill payment of $1m/vessel |

7

AlixPartners

# Overview of Alternative Proposal
Bareboats

Projected vessel bareboat rates under the baseline including the $750 premium are :

| Vessel | Bareboat owner | Revenue 2013 | Revenue 2014 | Revenue Less Opex | Revised rate 2013 [1] | Revised rate 2014 | Contracted rate | Reduction 2013 | Reduction 2014 |
|---|---|---|---|---|---|---|---|---|---|
| Aqua | FSL | 14,750 | 14,750 | (7,100) | 7,650 | 7,650 | 16,309 | 53% | 53% |
| Action | FSL | 14,750 | 14,750 | (7,100) | 7,650 | 7,650 | 16,309 | 53% | 53% |
| Spike | Stealth | 14,750 | 14,750 | (7,100) | 7,650 | 7,650 | 12,900 | 41% | 41% |
| Avor | Stealth | 14,750 | 14,750 | (7,100) | 7,650 | 7,650 | 12,900 | 41% | 41% |
| Center | Icon | 15,750 | 15,750 | (7,100) | 8,650 | 8,650 | 20,000 | 57% | 57% |
| Enjoy | Octavian | 14,250 | 14,250 | (6,600) | 7,650 | 7,650 | 13,000 | 41% | 41% |
| Marka | Octavian | 14,250 | 14,250 | (6,600) | 7,650 | 7,650 | 13,000 | 41% | 41% |
| Fantastic | Icon | 10,750 | 11,750 | (5,600) | 5,150 | 6,150 | 13,500 | 62% | 54% |
| Amazing | Icon | 10,750 | 11,750 | (5,600) | 5,150 | 6,150 | 13,500 | 62% | 54% |
| CV Stealth | Stealth | 14,750 | 14,750 | (8,100) | 6,650 | 6,650 | 10,750 | 38% | 38% |
| CS Stealth | Stealth | 14,750 | 14,750 | (8,100) | 6,650 | 6,650 | 10,750 | 38% | 38% |

[1] Revenue includes projected market rate plus $750/day subsidy from new equity
[2] Operational expenditure (Opex) includes a drydocking reserve of $100/vessel

8

AlixPartners

# Appendix A. Rate Sensitivities

AlixPartners

9

# Projected Day Rate Growth
## Rates Scenarios

- We have prepared an analysis of the various options using the Company's market projections under the Business Plan ("Baseline") as well as under various sensitivities

- Low and High cases set at -20% and +20% on the above figures respectively.

- Highest reflects a 50% increase on the Baseline

### Rates under Company Business Plan ("Baseline")

| $/day Vessels (BB owner) | 2013 | 2014 | 2015 | 2016 | 2017 | CAGR (12-17) |
|---|---|---|---|---|---|---|
| Aframax Tanker Spike/Avon/OS/OS Stealth (Stealth) Aqua/Action (FSI) | 14,000 | 14,000 | 17,500 | 19,000 | 21,000 | 8% |
| Suezmax Tanker Center (Icon) | 15,000 | 15,000 | 22,000 | 24,000 | 24,000 | 8% |
| Panamax Tanker Enjoy/Marie (Octavian) | 13,500 | 13,500 | 14,500 | 17,500 | 17,500 | 5% |
| Handymax Bulker Fantastic/Amazing (Icon) | 10,000 | 11,000 | 15,000 | 17,500 | 17,500 | 9% |
| Weighted Average | 13,273 | 13,435 | 16,908 | 18,908 | 20,000 | 9% |

### Sensitivities on Company Business Plan



Legend: — — Low (-20%)   —— Base   ·—·— High (+20%)   ······ Highest (+50%)

AlixPartners



Appendix B. Sensitized Outcome per Option

11

AlixPartners

# ICON

Present value of each option under different rate scenarios

➤ The following present values compare to $78.5m as per the latest vessel valuations:

**Present Value per Option and Rate Sensitivity**

| Option | Description | Low | Baseline | High | Highest |
|---|---|---|---|---|---|
| A | 2year/$750/day/Vessel subsidy, then revert to 100% contracted with premium added to purchase obligation price (60% fee reduction) | 109.4 | 114.7 | 120.0 | 127.9 |
| B | 2year/$750/day/Vessel subsidy, then revert to 100% contracted plus 70% share of excess net earnings. No change to purchase obligation price. | 103.1 | 111.4 | 120.3 | 133.7 |
| C | Redelivery of vessel with $1m payment | 69.3 | 98.1 | 127.0 | 170.2 |



*(i) present value in $million of future cashflow (through life of agreement) discounted at 10%.*
*(ii) Baseline refers to the Golden rate projections used in the business plan and cashflow forecasting. 'Low', 'High' and 'Highest' adjust this by -20%, +20% and +50% respectively.*
*(iii) The highlighted red dotted boxes are demonstrated as worked examples in the next section*
*(iv) Assumes sale of vessel at market value at time of option (Revenue - Opex) x 6; maturity dates May 16, Sept 17, Sept 17 when vessels are 5, 7 and 7 years old respectively*

12

AlixPartners

# Octavian

Present value of each option under different rate scenarios

▸ The following present values compare to $64.8m as per the latest vessel valuations:

**Present Value per Option and Rate Sensitivity**

| Option | Description | Low | Baseline | High | Highest |
|--------|-------------|-----|----------|------|---------|
| A | 2-year $750/day/vessel subsidy, then revert to 100% contracted with premium added to purchase obligation price (60% of reduction) | 68.1 | 71.8 | 75.4 | 80.9 |
| B | 2-year $750/day/vessel subsidy, then revert to 100% contracted plus 10% share of excess net earnings. No change to purchase obligation price | 66.5 | 71.5 | 76.7 | 84.6 |
| C | Redeliver of vessel with $1m payment | 35.5 | 52.4 | 69.3 | 94.7 |

[a] Present value in $xmillion of future cashflow discounted at 10%.
[b] Baseline refers to the Greton rate projections used in the business plan and cashflow forecasting. 'Low', 'High' and 'Highest' adjust this by -20%, +20% and +50% respectively.
[c] The highlighted red dotted boxes are demonstrated as worked examples in the next section
[d] Assumes sale of vessel at market value at time of option (Revenue - Opex) x 6; maturity dates Mar 16, Mar 17 when vessels are 5 years old



AlixPartners



Appendix C. Worked Examples

14

AlixPartners

# Worked Example 1

Option A detail under low (-20%) case rates

**Example 1 Day Rate Projection:**

| | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| Low (-20%) | 10,618 | 10,764 | 13,527 | 15,127 | 16,000 |

| Vessel | Bareboat owner | Present Value[1] | Total | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|
| Aqua | FSL | 16.4 | 21.5 | 0.9 | 1.8 | 4.4 | 6.0 | 8.5 |
| Action | FSL | 16.4 | 21.5 | 0.9 | 1.8 | 4.4 | 6.0 | 8.5 |
| Spike | Stealth | 4.5 | 5.1 | 0.9 | 1.8 | 2.5 | 0.0 | 0.0 |
| Avor | Stealth | 47.1 | 56.6 | 0.9 | 1.8 | 54.0 | 0.0 | 0.0 |
| Center | Icon 1 | 54.3 | 71.0 | 1.0 | 2.1 | 5.7 | 62.2 | 0.0 |
| Enjoy | Octavian 1 | 33.8 | 44.0 | 0.9 | 1.8 | 3.4 | 37.8 | 0.0 |
| Marka | Octavian 2 | 34.3 | 48.0 | 0.9 | 1.8 | 3.4 | 4.8 | 37.1 |
| Fantastic | Icon 2 | 27.5 | 38.3 | 0.6 | 1.4 | 3.8 | 4.9 | 27.5 |
| Amazing | Icon 2 | 27.5 | 38.3 | 0.6 | 1.4 | 3.8 | 4.9 | 27.5 |

[1] Present value in $million of future cashflow discounted at 10%
[2] Cashflows shown based on Low (-20% rate scenario) combined with Option A

AlixPartners

# Worked Example 2

Option B detail under high (+20%) case rates

| Example 2 Day Rate Projection: | | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|
| High (+20%) | | 15,927 | 16,135 | 20,291 | 22,691 | 24,000 |

| Vessel | Bareboat owner | Present Value[1] | Total | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|
| Aqua | FSL | 21.9 | 27.9 | 1.9 | 3.8 | 6.3 | 7.6 | 8.2 |
| Action | FSL | 21.9 | 27.9 | 1.9 | 3.8 | 6.3 | 7.6 | 8.2 |
| Spike | Stealth | 7.6 | 8.4 | 1.9 | 3.8 | 2.7 | 0.0 | 0.0 |
| Avor | Stealth | 50.1 | 59.9 | 1.9 | 3.8 | 54.2 | 0.0 | 0.0 |
| Center | Icon 1 | 57.2 | 73.7 | 2.1 | 4.3 | 8.1 | 59.2 | 0.0 |
| Enjoy | Octavian 1 | 37.3 | 47.7 | 1.9 | 3.8 | 5.0 | 37.0 | 0.0 |
| Marka | Octavian 2 | 39.4 | 53.8 | 1.9 | 3.8 | 5.0 | 6.8 | 36.3 |
| Fantastic | Icon 2 | 31.5 | 42.7 | 1.3 | 3.0 | 5.4 | 6.9 | 26.1 |
| Amazing | Icon 2 | 31.5 | 42.7 | 1.3 | 3.0 | 5.4 | 6.9 | 26.1 |

[1] Present value in $million of future cashflow discounted at 10%
[2] Cashflows shown based on High (+20% rate scenario) combined with Option B

AlixPartners

# Worked Example 3
Highest (+50%) Case Rates

| Vessel | Bareboat owner | Present Value [1] | Total | 2013 | 2014 | 2015 | 2016 | 2017 |
|--------|---------------|-------------------|-------|------|------|------|------|------|
| Aqua | FSL | 62.4 | 85.8 | 3.6 | 5.1 | 7.0 | 7.8 | 62.3 |
| Action | FSL | 62.4 | 85.8 | 3.6 | 5.1 | 7.0 | 7.8 | 62.3 |
| Spike | Stealth | 45.7 | 54.0 | 3.6 | 5.1 | 45.4 | 0.0 | 0.0 |
| Avor | Stealth | 45.7 | 54.0 | 3.6 | 5.1 | 45.4 | 0.0 | 0.0 |
| Center | Icon 1 | 67.4 | 86.3 | 3.8 | 5.6 | 9.5 | 67.4 | 0.0 |
| Enjoy | Octavian 1 | 46.1 | 58.6 | 3.5 | 5.0 | 5.5 | 44.6 | 0.0 |
| Marka | Octavian 2 | 48.5 | 65.9 | 3.5 | 5.0 | 5.5 | 7.2 | 44.7 |
| Fantastic | Icon 2 | 51.4 | 70.7 | 2.7 | 4.0 | 6.2 | 7.6 | 50.2 |
| Amazing | Icon 2 | 51.4 | 70.7 | 2.7 | 4.0 | 6.2 | 7.6 | 50.2 |

| Example 3 Day Rate Projection: | 2013 | 2014 | 2015 | 2016 | 2017 |
|--------------------------------|------|------|------|------|------|
| Highest (+50%) | 19,909 | 20,182 | 29,364 | 28,364 | 30,000 |

[1] Present value in $million of future cashflow discounted at 10%.
[2] Cashflows shown based on Highest (+50% rate scenario) combined with Option C

17

AlixPartners

# Global Locations

AlixPartners is ready to field a team of relevant experts whenever
and wherever they are needed. Our professionals work from 15
global offices in more than a dozen different countries. They speak
more than 50 languages, and have experience in every corner
of the world. Call us, we'll be there when it really matters.

**Chicago**
300 N. LaSalle Street
Suite 1950
Chicago, IL 60654
312.346.2500

**Dallas**
2101 Cedar Springs Road
Suite 1100
Dallas, TX 75201
214.647.7500

**Detroit**
2000 Town Center
Suite 2400
Southfield, MI 48075
248.358.4420

**Dubai**
Gate Village 10, Level 03
P.O. Box 125115
Dubai Intl Financial Centre
Dubai, United Arab Emirates
+971.4.401.9246

**Düsseldorf**
Königsallee 59 a
40215 Düsseldorf
Germany
+44.20.7098.7400

**London**
20 North Audley Street
London W1K 6WE
United Kingdom
+44.20.7098.7400

**Los Angeles**
515 S. Flower Street
Suite 3050
Los Angeles, CA 90071
213.437.7100

**Milan**
Corso Matteotti 9
20121 Milan
Italy
+39.02.360.12000

**Munich**
Maximilianstr. 1 a
81679 München
Germany
+49.89.20.30.40.00

**New York**
40 West 57th Street
New York, NY 10019
212.490.2500

**Paris**
49/51 Avenue George V
75008 Paris
France
+33.1.76.74.72.00

**San Francisco**
4 Embarcadero Center
Plaza 66 Building1
31st Floor, Suite 3110
San Francisco, CA 94111
415.848.0283

**Shanghai**
Suite 6111
1266 Nan Jing West Road
Shanghai, 200040 China
+8621.6171.7555

**Tokyo**
Marunouchi Building 33F
2-4-1 Marunouchi
Chiyoda-ku
Tokyo 100-6333 Japan
+81.3.5533.4600

**Washington, DC**
1602 L Street, NW
Suite 300
Washington, DC 20036
202.756.5000

© AlixPartners, LLP, 2010

AlixPartners