UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ICON AMAZING, LLC | § § § § § § § § § § | |
| Plaintiff, | | |
| V. | | Civil Action No. 4:13-cv-01449 |
| | | Admiralty Rule 9(h) |
| AMAZING SHIPPING, LTD. and GEDEN HOLDINGS, LTD. | | |
| Defendants. | | |

## ORDER FOR ISSUANCE OF WRIT OF MARITIME ATTACHMENT AND GARNISHMENT OF VESSEL

Considering the foregoing Motion for Issuance of Writ of Maritime Attachment and Garnishment filed by Plaintiff, ICON Amazing, LLC; it is hereby

ORDERED that, having reviewed the Verified Complaint and Affidavit filed in connection with the above entitled numbered cause, this Court, having determined that the conditions justifying the issuance of a Writ of Maritime Attachment and Garnishment appear to exist, hereby directs the Clerk of Court to immediately issue a Writ of Maritime Attachment and Garnishment of the M/V HERO, her engines, tackle, appurtenances, etc., and all other property of the Defendants, Amazing Shipping, Ltd. and Geden Holdings, Ltd., up to the amount sued upon in the Verified Complaint, namely $4,353,617.44; it is further

ORDERED that all property being seized, including any vessel and any property onboard that vessel, will be allowed to shift from berth to berth and/or within the anchorage or to move within the Port of Houston, at the risk and expense of the vessel, so long as she remains within the territorial jurisdiction of this Court; it is further

2067236-1

ORDERED that the M/V HERO and the goods and chattels, credits and effects belonging to Defendants can be released from seizure without the necessity of further orders of this Court, provided that the U.S. Marshal receives written authoritzation to do so from the attorney who requested the attachment and garnishment, including attorneys for any Intervenors, and they consent to the request for the release, and also provided that the Court has not entered any subsequent orders modifying this arrangement for the release of the vessel and other property which was attached pursuant to this Order.

In accordance with applicable local rules, Plaintiff, ICON Amazing, LLC, agrees to hold harmless and indemnify the U.S. Marshal and all of his deputies from and against any and all liabilities as a result of attaching the aforesaid property according to this Order.

SIGNED at Houston, Texas, this 20th day of May, 2013.

_____
UNITED STATES MAGISTRATE/~~DISTRICT JUDGE~~