| | |
|---|---|
| From: | Tobias Backer <TBacker@iconinvestments.com> |
| Sent: | Thursday, May 02, 2013 3:36 PM |
| To: | Mehmet MAT |
| Cc: | Sybille Andaur; Moufflet, Francois <fmoufflet@alixpartners.com> (fmoufflet@alixpartners.com); Jason Braunstein |
| Subject: | RE: Alternative Proposal |
| Attachments: | Geden Lease Amorts.pdf |

Dear Mehmet

As requested, please find attached the transaction amortization schedules for the *Center*, *Amazing* and *Fantastic* financings.

Regards,

Tobias

---

**From:** Mehmet MAT [mailto:mehmetmat@gedenlines.com]
**Sent:** Thursday, May 02, 2013 10:04 AM
**To:** Tobias Backer
**Cc:** Sybille Andaur; Moufflet, Francois <fmoufflet@alixpartners.com> (fmoufflet@alixpartners.com); Jason Braunstein
**Subject:** Alternative Proposal

Dear Tobias,

Thank you for your quick feedback.

The proposed structure does not differentiate for a bank or a lessor. The actual earnings + USD 750 per day less opex. The remainder to be used towards firstly interest payment, and to the extent being available, partial principal payment. However as per the details on page 6, the outcome is not " an equal treatment" among the lenders as the deferred amounts differ as a result of different earnings/LTVs of each specific transaction. Please note that we are only paying interest to our banks right now which is less than 4% and will be happy to treat you the same if you want.

It would be helpful to get your repayment schedules.

Best Regards

Mehmet

---

**From:** Tobias Backer [mailto:TBacker@iconinvestments.com]
**Sent:** Thursday, May 02, 2013 12:44 AM
**To:** Mehmet MAT; Omer Donnerstein
**Cc:** Sybille Andaur; Moufflet, Francois; Jason Braunstein
**Subject:** RE: Alternative Proposal

Mehmet

We have evaluated your proposal and believe that there must be a misunderstanding. ICON's financings of the *Center*, *Amazing* and *Fantastic* are secured financings, not time charter

EXHIBIT 5

1

arrangements. As such, any restructuring proposal would have to reflect the legal structure of the contracts supporting the financing.

We understand that the company has concerns about its liquidity position in 2013/14 unless it gets some sort of restructuring proposal agreed, and have sympathy for this challenge. Therefore, ICON would be willing to consider an arrangement that generally follows the plan laid out for the other secured lenders in page 6 of your proposal. If it would be helpful for your analysis to receive the monthly principal and interest schedules of the transactions we would be happy to provide these to you.

Regards,

Tobias Backer
ICON

-----Original Message-----
From: Mehmet MAT [mailto:mehmetmat@gedenlines.com]
Sent: Wednesday, May 01, 2013 4:12 PM
To: Tobias Backer; Omer Donnerstein
Cc: Sybille Andaur; Moufflet, Francois
Subject: Alternative Proposal

Dear Tobias and Omer,

Attached is a proposal we have developed in light of the feedback received to date. We believe it addresses the stated objectives of the stakeholders in providing equitable treatment and preserving values. As previously advised, we are eager to maintain the fleet in its current form and therefore we believe this consensual restructuring will provide the best outcome for all.

Please let us know if you have any questions. We look forward to your feedback.

Regards,

Mehmet

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

ICON FINANCE LEASE AMORTIZATION REPORT

GEDEN: AMAZING / FANTASTIC AMORTIZATION SCHEDULE

| | |
|---|---|
| FACILITY AMOUNT | 33,500,000.00 |
| FACILITY TERM | 84.00 |
| DAILY PMT | 13,500.00 |
| BALOON OBLIGATION | 21,500,000.00 |
| INTEREST RATE | 11.3421% |

| DATE | OPENING BALANCE | PMT | INTEREST | PRINCIPAL | CLOSING BALANCE |
|---|---|---|---|---|---|
| 10/1/2010 | 33,500,000.00 | 418,500.00 | - | 418,500.00 | 33,081,500.00 |
| 11/1/2010 | 33,081,500.00 | 405,000.00 | 323,102.07 | 81,897.93 | 32,999,602.07 |
| 12/1/2010 | 32,999,602.07 | 418,500.00 | 311,905.34 | 106,594.66 | 32,893,007.40 |
| 1/1/2011 | 32,893,007.40 | 418,500.00 | 321,261.09 | 97,238.91 | 32,795,768.49 |
| 2/1/2011 | 32,795,768.49 | 378,000.00 | 320,311.37 | 57,688.63 | 32,738,079.86 |
| 3/1/2011 | 32,738,079.86 | 418,500.00 | 288,804.58 | 129,695.42 | 32,608,384.44 |
| 4/1/2011 | 32,608,384.44 | 405,000.00 | 318,481.22 | 86,518.78 | 32,521,865.66 |
| 5/1/2011 | 32,521,865.66 | 418,500.00 | 307,389.87 | 111,110.13 | 32,410,755.53 |
| 6/1/2011 | 32,410,755.53 | 405,000.00 | 316,551.01 | 88,448.99 | 32,322,306.54 |
| 7/1/2011 | 32,322,306.54 | 418,500.00 | 305,503.68 | 112,996.32 | 32,209,310.22 |
| 8/1/2011 | 32,209,310.22 | 418,500.00 | 314,583.52 | 103,916.48 | 32,105,393.74 |
| 9/1/2011 | 32,105,393.74 | 405,000.00 | 313,568.58 | 91,431.42 | 32,013,962.32 |
| 10/1/2011 | 32,013,962.32 | 418,500.00 | 302,589.28 | 115,910.72 | 31,898,051.60 |
| 11/1/2011 | 31,898,051.60 | 405,000.00 | 311,543.50 | 93,456.50 | 31,804,595.10 |
| 12/1/2011 | 31,804,595.10 | 418,500.00 | 300,610.38 | 117,889.62 | 31,686,705.48 |
| 1/1/2012 | 31,686,705.48 | 418,500.00 | 309,479.32 | 109,020.68 | 31,577,684.80 |
| 2/1/2012 | 31,577,684.80 | 391,500.00 | 308,414.53 | 83,085.47 | 31,494,599.33 |
| 3/1/2012 | 31,494,599.33 | 418,500.00 | 287,757.69 | 130,742.31 | 31,363,857.01 |
| 4/1/2012 | 31,363,857.01 | 405,000.00 | 306,326.10 | 98,673.90 | 31,265,183.12 |
| 5/1/2012 | 31,265,183.12 | 418,500.00 | 295,511.97 | 122,988.03 | 31,142,195.09 |
| 6/1/2012 | 31,142,195.09 | 405,000.00 | 304,161.17 | 100,838.83 | 31,041,356.26 |
| 7/1/2012 | 31,041,356.26 | 418,500.00 | 293,396.41 | 125,103.59 | 30,916,252.66 |
| 8/1/2012 | 30,916,252.66 | 418,500.00 | 301,954.42 | 116,545.58 | 30,799,707.08 |
| 9/1/2012 | 30,799,707.08 | 405,000.00 | 300,816.14 | 104,183.86 | 30,695,523.22 |
| 10/1/2012 | 30,695,523.22 | 418,500.00 | 290,127.67 | 128,372.33 | 30,567,150.88 |
| 11/1/2012 | 30,567,150.88 | 405,000.00 | 298,544.79 | 106,455.21 | 30,460,695.68 |
| 12/1/2012 | 30,460,695.68 | 418,500.00 | 287,908.12 | 130,591.88 | 30,330,103.80 |
| 1/1/2013 | 30,330,103.80 | 418,500.00 | 296,229.59 | 122,270.41 | 30,207,833.39 |
| 2/1/2013 | 30,207,833.39 | 378,000.00 | 295,035.39 | 82,964.61 | 30,124,868.79 |
| 3/1/2013 | 30,124,868.79 | 418,500.00 | 265,751.70 | 152,748.30 | 29,972,120.48 |
| 4/1/2013 | 29,972,120.48 | 405,000.00 | 292,733.22 | 112,266.78 | 29,859,853.70 |
| 5/1/2013 | 29,859,853.70 | 418,500.00 | 282,229.09 | 136,270.91 | 29,723,582.80 |
| 6/1/2013 | 29,723,582.80 | 405,000.00 | 290,305.79 | 114,694.21 | 29,608,888.59 |
| 7/1/2013 | 29,608,888.59 | 418,500.00 | 279,857.02 | 138,642.98 | 29,470,245.61 |
| 8/1/2013 | 29,470,245.61 | 418,500.00 | 287,831.48 | 130,668.52 | 29,339,577.09 |
| 9/1/2013 | 29,339,577.09 | 405,000.00 | 286,555.26 | 118,444.74 | 29,221,132.36 |
| 10/1/2013 | 29,221,132.36 | 418,500.00 | 276,192.03 | 142,307.97 | 29,078,824.39 |
| 11/1/2013 | 29,078,824.39 | 405,000.00 | 284,008.53 | 120,991.47 | 28,957,832.92 |
| 12/1/2013 | 28,957,832.92 | 418,500.00 | 273,703.38 | 144,796.62 | 28,813,036.30 |
| 1/1/2014 | 28,813,036.30 | 418,500.00 | 281,412.62 | 137,087.38 | 28,675,948.92 |
| 2/1/2014 | 28,675,948.92 | 378,000.00 | 280,073.71 | 97,926.29 | 28,578,022.63 |
| 3/1/2014 | 28,578,022.63 | 418,500.00 | 252,105.93 | 166,394.07 | 28,411,628.55 |
| 4/1/2014 | 28,411,628.55 | 405,000.00 | 277,492.13 | 127,507.87 | 28,284,120.68 |
| 5/1/2014 | 28,284,120.68 | 418,500.00 | 267,335.59 | 151,164.41 | 28,132,956.28 |
| 6/1/2014 | 28,132,956.28 | 405,000.00 | 274,770.38 | 130,229.62 | 28,002,726.66 |
| 7/1/2014 | 28,002,726.66 | 418,500.00 | 264,675.92 | 153,824.08 | 27,848,902.57 |
| 8/1/2014 | 27,848,902.57 | 418,500.00 | 271,996.07 | 146,503.93 | 27,702,398.64 |
| 9/1/2014 | 27,702,398.64 | 405,000.00 | 270,565.19 | 134,434.81 | 27,567,963.83 |
| 10/1/2014 | 27,567,963.83 | 418,500.00 | 260,566.63 | 157,933.37 | 27,410,030.46 |
| 11/1/2014 | 27,410,030.46 | 405,000.00 | 267,709.67 | 137,290.33 | 27,272,740.13 |
| 12/1/2014 | 27,272,740.13 | 418,500.00 | 257,776.24 | 160,723.76 | 27,112,016.36 |
| 1/1/2015 | 27,112,016.36 | 418,500.00 | 264,799.01 | 153,700.99 | 26,958,315.38 |
| 2/1/2015 | 26,958,315.38 | 378,000.00 | 263,297.84 | 114,702.16 | 26,843,613.21 |
| 3/1/2015 | 26,843,613.21 | 418,500.00 | 236,805.54 | 181,694.46 | 26,661,918.75 |
| 4/1/2015 | 26,661,918.75 | 405,000.00 | 260,402.98 | 144,597.02 | 26,517,321.73 |
| 5/1/2015 | 26,517,321.73 | 418,500.00 | 250,636.18 | 167,863.82 | 26,349,457.90 |
| 6/1/2015 | 26,349,457.90 | 405,000.00 | 257,351.22 | 147,648.78 | 26,201,809.12 |
| 7/1/2015 | 26,201,809.12 | 418,500.00 | 247,654.02 | 170,845.98 | 26,030,963.14 |
| 8/1/2015 | 26,030,963.14 | 418,500.00 | 254,240.53 | 164,259.47 | 25,866,703.67 |
| 9/1/2015 | 25,866,703.67 | 405,000.00 | 252,636.23 | 152,363.77 | 25,714,339.90 |
| 10/1/2015 | 25,714,339.90 | 418,500.00 | 243,046.56 | 175,453.44 | 25,538,886.46 |
| 11/1/2015 | 25,538,886.46 | 405,000.00 | 249,434.49 | 155,565.51 | 25,383,320.95 |
| 12/1/2015 | 25,383,320.95 | 418,500.00 | 239,917.84 | 178,582.16 | 25,204,738.79 |
| 1/1/2016 | 25,204,738.79 | 418,500.00 | 246,170.92 | 172,329.08 | 25,032,409.70 |
| 2/1/2016 | 25,032,409.70 | 391,500.00 | 244,487.80 | 147,012.20 | 24,885,397.51 |
| 3/1/2016 | 24,885,397.51 | 418,500.00 | 227,371.19 | 191,128.81 | 24,694,268.70 |
| 4/1/2016 | 24,694,268.70 | 405,000.00 | 241,185.23 | 163,814.77 | 24,530,453.93 |
| 5/1/2016 | 24,530,453.93 | 418,500.00 | 231,856.72 | 186,643.28 | 24,343,810.65 |
| 6/1/2016 | 24,343,810.65 | 405,000.00 | 237,762.36 | 167,237.64 | 24,176,573.01 |
| 7/1/2016 | 24,176,573.01 | 418,500.00 | 228,511.91 | 189,988.09 | 23,986,584.92 |
| 8/1/2016 | 23,986,584.92 | 418,500.00 | 234,273.39 | 184,226.61 | 23,802,358.31 |
| 9/1/2016 | 23,802,358.31 | 405,000.00 | 232,474.08 | 172,525.92 | 23,629,832.39 |
| 10/1/2016 | 23,629,832.39 | 418,500.00 | 223,344.23 | 195,155.77 | 23,434,676.62 |
| 11/1/2016 | 23,434,676.62 | 405,000.00 | 228,882.98 | 176,117.02 | 23,258,559.60 |
| 12/1/2016 | 23,258,559.60 | 418,500.00 | 219,835.04 | 198,664.96 | 23,059,894.64 |
| 1/1/2017 | 23,059,894.64 | 418,500.00 | 225,222.54 | 193,277.46 | 22,866,617.19 |
| 2/1/2017 | 22,866,617.19 | 378,000.00 | 223,334.83 | 154,665.17 | 22,711,952.02 |
| 3/1/2017 | 22,711,952.02 | 418,500.00 | 200,357.38 | 218,142.62 | 22,493,809.40 |
| 4/1/2017 | 22,493,809.40 | 405,000.00 | 219,693.67 | 185,306.33 | 22,308,503.08 |
| 5/1/2017 | 22,308,503.08 | 418,500.00 | 210,855.31 | 207,644.69 | 22,100,858.38 |
| 6/1/2017 | 22,100,858.38 | 405,000.00 | 215,855.78 | 189,144.22 | 21,911,714.16 |
| 7/1/2017 | 21,911,714.16 | 418,500.00 | 207,104.94 | 211,395.06 | 21,700,319.10 |
| 8/1/2017 | 21,700,319.10 | 418,500.00 | 211,943.77 | 206,556.23 | 21,493,762.87 |
| 9/1/2017 | 21,493,762.87 | 405,000.00 | 209,926.37 | 195,073.63 | 21,298,689.24 |
| 10/1/2017 | 21,298,689.24 | 21,500,000.00 | 201,310.76 | 21,298,689.24 | (0.00) |

ICON FINANCE LEASE AMORTIZATION REPORT

GEDEN: CENTER AMORTIZATION SCHEDULE

| | |
|---|---|
| FACILITY AMOUNT | 69,000,000.00 |
| FACILITY TERM | 60.00 |
| DAILY PMT | 20,000.00 |
| BALOON OBLIGATION | 64,500,000.00 |
| INTEREST RATE | 9.5140% |

| DATE | OPENING BALANCE | PMT | INTEREST | PRINCIPAL | CLOSING BALANCE |
|---|---|---|---|---|---|
| 6/20/2011 | 69,000,000.00 | 600,000.00 | - | 600,000.00 | 68,400,000.00 |
| 7/20/2011 | 68,400,000.00 | 620,000.00 | 542,300.60 | 77,699.40 | 68,322,300.60 |
| 8/20/2011 | 68,322,300.60 | 620,000.00 | 559,740.72 | 60,259.28 | 68,262,041.31 |
| 9/20/2011 | 68,262,041.31 | 600,000.00 | 559,247.03 | 40,752.97 | 68,221,288.35 |
| 10/20/2011 | 68,221,288.35 | 620,000.00 | 540,883.70 | 79,116.30 | 68,142,172.05 |
| 11/20/2011 | 68,142,172.05 | 600,000.00 | 558,264.99 | 41,735.01 | 68,100,437.04 |
| 12/20/2011 | 68,100,437.04 | 620,000.00 | 539,925.55 | 80,074.45 | 68,020,362.59 |
| 1/20/2012 | 68,020,362.59 | 620,000.00 | 557,267.05 | 62,732.95 | 67,957,629.63 |
| 2/20/2012 | 67,957,629.63 | 580,000.00 | 556,753.10 | 23,246.90 | 67,934,382.73 |
| 3/20/2012 | 67,934,382.73 | 620,000.00 | 520,655.38 | 99,344.62 | 67,835,038.10 |
| 4/20/2012 | 67,835,038.10 | 600,000.00 | 555,748.75 | 44,251.25 | 67,790,786.85 |
| 5/20/2012 | 67,790,786.85 | 620,000.00 | 537,470.53 | 82,529.47 | 67,708,257.38 |
| 6/20/2012 | 67,708,257.38 | 600,000.00 | 554,710.08 | 45,289.92 | 67,662,967.46 |
| 7/20/2012 | 67,662,967.46 | 620,000.00 | 536,457.13 | 83,542.87 | 67,579,424.58 |
| 8/20/2012 | 67,579,424.58 | 620,000.00 | 553,654.59 | 66,345.41 | 67,513,079.18 |
| 9/20/2012 | 67,513,079.18 | 600,000.00 | 553,111.05 | 46,888.95 | 67,466,190.23 |
| 10/20/2012 | 67,466,190.23 | 620,000.00 | 534,897.00 | 85,103.00 | 67,381,087.23 |
| 11/20/2012 | 67,381,087.23 | 600,000.00 | 552,029.69 | 47,970.31 | 67,333,116.92 |
| 12/20/2012 | 67,333,116.92 | 620,000.00 | 533,841.95 | 86,158.05 | 67,246,958.87 |
| 1/20/2013 | 67,246,958.87 | 620,000.00 | 550,930.82 | 69,069.18 | 67,177,889.69 |
| 2/20/2013 | 67,177,889.69 | 560,000.00 | 550,364.96 | 9,635.04 | 67,168,254.65 |
| 3/20/2013 | 67,168,254.65 | 620,000.00 | 497,032.54 | 122,967.46 | 67,045,287.18 |
| 4/20/2013 | 67,045,287.18 | 600,000.00 | 549,278.59 | 50,721.41 | 66,994,565.78 |
| 5/20/2013 | 66,994,565.78 | 620,000.00 | 531,157.79 | 88,842.21 | 66,905,723.57 |
| 6/20/2013 | 66,905,723.57 | 600,000.00 | 548,135.20 | 51,864.80 | 66,853,858.77 |
| 7/20/2013 | 66,853,858.77 | 620,000.00 | 530,042.21 | 89,957.79 | 66,763,900.98 |
| 8/20/2013 | 66,763,900.98 | 620,000.00 | 546,973.29 | 73,026.71 | 66,690,874.28 |
| 9/20/2013 | 66,690,874.28 | 600,000.00 | 546,375.01 | 53,624.99 | 66,637,249.29 |
| 10/20/2013 | 66,637,249.29 | 620,000.00 | 528,324.85 | 91,675.15 | 66,545,574.14 |
| 11/20/2013 | 66,545,574.14 | 600,000.00 | 545,184.62 | 54,815.38 | 66,490,758.76 |
| 12/20/2013 | 66,490,758.76 | 620,000.00 | 527,163.42 | 92,836.58 | 66,397,922.18 |
| 1/20/2014 | 66,397,922.18 | 620,000.00 | 543,974.96 | 76,025.04 | 66,321,897.14 |
| 2/20/2014 | 66,321,897.14 | 560,000.00 | 543,352.11 | 16,647.89 | 66,305,249.25 |
| 3/20/2014 | 66,305,249.25 | 620,000.00 | 490,646.46 | 129,353.54 | 66,175,895.71 |
| 4/20/2014 | 66,175,895.71 | 600,000.00 | 542,155.97 | 57,844.03 | 66,118,051.68 |
| 5/20/2014 | 66,118,051.68 | 620,000.00 | 524,208.46 | 95,791.54 | 66,022,260.15 |
| 6/20/2014 | 66,022,260.15 | 600,000.00 | 540,897.29 | 59,102.71 | 65,963,157.44 |
| 7/20/2014 | 65,963,157.44 | 620,000.00 | 522,980.40 | 97,019.60 | 65,866,137.84 |
| 8/20/2014 | 65,866,137.84 | 620,000.00 | 539,618.24 | 80,381.76 | 65,785,756.08 |
| 9/20/2014 | 65,785,756.08 | 600,000.00 | 538,959.70 | 61,040.30 | 65,724,715.77 |
| 10/20/2014 | 65,724,715.77 | 620,000.00 | 521,089.95 | 98,910.05 | 65,625,805.72 |
| 11/20/2014 | 65,625,805.72 | 600,000.00 | 537,649.28 | 62,350.72 | 65,563,455.00 |
| 12/20/2014 | 65,563,455.00 | 620,000.00 | 519,811.41 | 100,188.59 | 65,463,266.41 |
| 1/20/2015 | 65,463,266.41 | 620,000.00 | 536,317.65 | 83,682.35 | 65,379,584.06 |
| 2/20/2015 | 65,379,584.06 | 560,000.00 | 535,632.07 | 24,367.93 | 65,355,216.13 |
| 3/20/2015 | 65,355,216.13 | 620,000.00 | 483,616.39 | 136,383.61 | 65,218,832.52 |
| 4/20/2015 | 65,218,832.52 | 600,000.00 | 534,315.09 | 65,684.91 | 65,153,147.61 |
| 5/20/2015 | 65,153,147.61 | 620,000.00 | 516,558.34 | 103,441.66 | 65,049,705.96 |
| 6/20/2015 | 65,049,705.96 | 600,000.00 | 532,929.49 | 67,070.51 | 64,982,635.45 |
| 7/20/2015 | 64,982,635.45 | 620,000.00 | 515,206.46 | 104,793.54 | 64,877,841.91 |
| 8/20/2015 | 64,877,841.91 | 620,000.00 | 531,521.47 | 88,478.53 | 64,789,363.38 |
| 9/20/2015 | 64,789,363.38 | 600,000.00 | 530,796.60 | 69,203.40 | 64,720,159.98 |
| 10/20/2015 | 64,720,159.98 | 620,000.00 | 513,125.46 | 106,874.54 | 64,613,285.44 |
| 11/20/2015 | 64,613,285.44 | 600,000.00 | 529,354.05 | 70,645.95 | 64,542,639.49 |
| 12/20/2015 | 64,542,639.49 | 620,000.00 | 511,718.01 | 108,281.99 | 64,434,357.50 |
| 1/20/2016 | 64,434,357.50 | 620,000.00 | 527,888.16 | 92,111.84 | 64,342,245.66 |
| 2/20/2016 | 64,342,245.66 | 580,000.00 | 527,133.52 | 52,866.48 | 64,289,379.18 |
| 3/20/2016 | 64,289,379.18 | 620,000.00 | 492,719.73 | 127,280.27 | 64,162,098.92 |
| 4/20/2016 | 64,162,098.92 | 600,000.00 | 525,657.64 | 74,342.36 | 64,087,756.56 |
| 5/20/2016 | 64,087,756.56 | 620,000.00 | 508,111.53 | 111,888.47 | 63,975,868.08 |
| 6/20/2016 | 63,975,868.08 | 64,500,000.00 | 524,131.92 | 63,975,868.08 | - |