ICON FINANCE LEASE AMORTIZATION REPORT

GEDEN: AMAZING / FANTASTIC AMORTIZATION SCHEDULE

| | |
|---|---|
| FACILITY AMOUNT | 33,500,000.00 |
| FACILITY TERM | 84.00 |
| DAILY PMT | 13,500.00 |
| BALOON OBLIGATION | 21,500,000.00 |
| INTEREST RATE | 11.3421% |

| DATE | OPENING BALANCE | PMT | INTEREST | PRINCIPAL | CLOSING BALANCE |
|---|---|---|---|---|---|
| 10/1/2010 | 33,500,000.00 | 418,500.00 | - | 418,500.00 | 33,081,500.00 |
| 11/1/2010 | 33,081,500.00 | 405,000.00 | 323,102.07 | 81,897.93 | 32,999,602.07 |
| 12/1/2010 | 32,999,602.07 | 418,500.00 | 311,905.34 | 106,594.66 | 32,893,007.40 |
| 1/1/2011 | 32,893,007.40 | 418,500.00 | 321,261.09 | 97,238.91 | 32,795,768.49 |
| 2/1/2011 | 32,795,768.49 | 378,000.00 | 320,311.37 | 57,688.63 | 32,738,079.86 |
| 3/1/2011 | 32,738,079.86 | 418,500.00 | 288,804.58 | 129,695.42 | 32,608,384.44 |
| 4/1/2011 | 32,608,384.44 | 405,000.00 | 318,481.22 | 86,518.78 | 32,521,865.66 |
| 5/1/2011 | 32,521,865.66 | 418,500.00 | 307,389.87 | 111,110.13 | 32,410,755.53 |
| 6/1/2011 | 32,410,755.53 | 405,000.00 | 316,551.01 | 88,448.99 | 32,322,306.54 |
| 7/1/2011 | 32,322,306.54 | 418,500.00 | 305,503.68 | 112,996.32 | 32,209,310.22 |
| 8/1/2011 | 32,209,310.22 | 418,500.00 | 314,583.52 | 103,916.48 | 32,105,393.74 |
| 9/1/2011 | 32,105,393.74 | 405,000.00 | 313,568.58 | 91,431.42 | 32,013,962.32 |
| 10/1/2011 | 32,013,962.32 | 418,500.00 | 302,589.28 | 115,910.72 | 31,898,051.60 |
| 11/1/2011 | 31,898,051.60 | 405,000.00 | 311,543.50 | 93,456.50 | 31,804,595.10 |
| 12/1/2011 | 31,804,595.10 | 418,500.00 | 300,610.38 | 117,889.62 | 31,686,705.48 |
| 1/1/2012 | 31,686,705.48 | 418,500.00 | 309,479.32 | 109,020.68 | 31,577,684.80 |
| 2/1/2012 | 31,577,684.80 | 391,500.00 | 308,414.53 | 83,085.47 | 31,494,599.33 |
| 3/1/2012 | 31,494,599.33 | 418,500.00 | 287,757.69 | 130,742.31 | 31,363,857.01 |
| 4/1/2012 | 31,363,857.01 | 405,000.00 | 306,326.10 | 98,673.90 | 31,265,183.12 |
| 5/1/2012 | 31,265,183.12 | 418,500.00 | 295,511.97 | 122,988.03 | 31,142,195.09 |
| 6/1/2012 | 31,142,195.09 | 405,000.00 | 304,161.17 | 100,838.83 | 31,041,356.26 |
| 7/1/2012 | 31,041,356.26 | 418,500.00 | 293,396.41 | 125,103.59 | 30,916,252.66 |
| 8/1/2012 | 30,916,252.66 | 418,500.00 | 301,954.42 | 116,545.58 | 30,799,707.08 |
| 9/1/2012 | 30,799,707.08 | 405,000.00 | 300,816.14 | 104,183.86 | 30,695,523.22 |
| 10/1/2012 | 30,695,523.22 | 418,500.00 | 290,127.67 | 128,372.33 | 30,567,150.88 |
| 11/1/2012 | 30,567,150.88 | 405,000.00 | 298,544.79 | 106,455.21 | 30,460,695.68 |
| 12/1/2012 | 30,460,695.68 | 418,500.00 | 287,908.12 | 130,591.88 | 30,330,103.80 |
| 1/1/2013 | 30,330,103.80 | 418,500.00 | 296,229.59 | 122,270.41 | 30,207,833.39 |
| 2/1/2013 | 30,207,833.39 | 378,000.00 | 295,035.39 | 82,964.61 | 30,124,868.79 |
| 3/1/2013 | 30,124,868.79 | 418,500.00 | 265,751.70 | 152,748.30 | 29,972,120.48 |
| 4/1/2013 | 29,972,120.48 | 405,000.00 | 292,733.22 | 112,266.78 | 29,859,853.70 |
| 5/1/2013 | 29,859,853.70 | 418,500.00 | 282,229.09 | 136,270.91 | 29,723,582.80 |
| 6/1/2013 | 29,723,582.80 | 405,000.00 | 290,305.79 | 114,694.21 | 29,608,888.59 |
| 7/1/2013 | 29,608,888.59 | 418,500.00 | 279,857.02 | 138,642.98 | 29,470,245.61 |
| 8/1/2013 | 29,470,245.61 | 418,500.00 | 287,831.48 | 130,668.52 | 29,339,577.09 |
| 9/1/2013 | 29,339,577.09 | 405,000.00 | 286,555.26 | 118,444.74 | 29,221,132.36 |
| 10/1/2013 | 29,221,132.36 | 418,500.00 | 276,192.03 | 142,307.97 | 29,078,824.39 |
| 11/1/2013 | 29,078,824.39 | 405,000.00 | 284,008.53 | 120,991.47 | 28,957,832.92 |
| 12/1/2013 | 28,957,832.92 | 418,500.00 | 273,703.38 | 144,796.62 | 28,813,036.30 |
| 1/1/2014 | 28,813,036.30 | 418,500.00 | 281,412.62 | 137,087.38 | 28,675,948.92 |
| 2/1/2014 | 28,675,948.92 | 378,000.00 | 280,073.71 | 97,926.29 | 28,578,022.63 |
| 3/1/2014 | 28,578,022.63 | 418,500.00 | 252,105.93 | 166,394.07 | 28,411,628.55 |
| 4/1/2014 | 28,411,628.55 | 405,000.00 | 277,492.13 | 127,507.87 | 28,284,120.68 |
| 5/1/2014 | 28,284,120.68 | 418,500.00 | 267,335.59 | 151,164.41 | 28,132,956.28 |
| 6/1/2014 | 28,132,956.28 | 405,000.00 | 274,770.38 | 130,229.62 | 28,002,726.66 |
| 7/1/2014 | 28,002,726.66 | 418,500.00 | 264,675.92 | 153,824.08 | 27,848,902.57 |
| 8/1/2014 | 27,848,902.57 | 418,500.00 | 271,996.07 | 146,503.93 | 27,702,398.64 |
| 9/1/2014 | 27,702,398.64 | 405,000.00 | 270,565.19 | 134,434.81 | 27,567,963.83 |
| 10/1/2014 | 27,567,963.83 | 418,500.00 | 260,566.63 | 157,933.37 | 27,410,030.46 |
| 11/1/2014 | 27,410,030.46 | 405,000.00 | 267,709.67 | 137,290.33 | 27,272,740.13 |
| 12/1/2014 | 27,272,740.13 | 418,500.00 | 257,776.24 | 160,723.76 | 27,112,016.36 |
| 1/1/2015 | 27,112,016.36 | 418,500.00 | 264,799.01 | 153,700.99 | 26,958,315.38 |
| 2/1/2015 | 26,958,315.38 | 378,000.00 | 263,297.84 | 114,702.16 | 26,843,613.21 |
| 3/1/2015 | 26,843,613.21 | 418,500.00 | 236,805.54 | 181,694.46 | 26,661,918.75 |
| 4/1/2015 | 26,661,918.75 | 405,000.00 | 260,402.98 | 144,597.02 | 26,517,321.73 |
| 5/1/2015 | 26,517,321.73 | 418,500.00 | 250,636.18 | 167,863.82 | 26,349,457.90 |
| 6/1/2015 | 26,349,457.90 | 405,000.00 | 257,351.22 | 147,648.78 | 26,201,809.12 |
| 7/1/2015 | 26,201,809.12 | 418,500.00 | 247,654.02 | 170,845.98 | 26,030,963.14 |
| 8/1/2015 | 26,030,963.14 | 418,500.00 | 254,240.53 | 164,259.47 | 25,866,703.67 |
| 9/1/2015 | 25,866,703.67 | 405,000.00 | 252,636.23 | 152,363.77 | 25,714,339.90 |
| 10/1/2015 | 25,714,339.90 | 418,500.00 | 243,046.56 | 175,453.44 | 25,538,886.46 |
| 11/1/2015 | 25,538,886.46 | 405,000.00 | 249,434.49 | 155,565.51 | 25,383,320.95 |
| 12/1/2015 | 25,383,320.95 | 418,500.00 | 239,917.84 | 178,582.16 | 25,204,738.79 |
| 1/1/2016 | 25,204,738.79 | 418,500.00 | 246,170.92 | 172,329.08 | 25,032,409.70 |
| 2/1/2016 | 25,032,409.70 | 391,500.00 | 244,487.80 | 147,012.20 | 24,885,397.51 |
| 3/1/2016 | 24,885,397.51 | 418,500.00 | 227,371.19 | 191,128.81 | 24,694,268.70 |
| 4/1/2016 | 24,694,268.70 | 405,000.00 | 241,185.23 | 163,814.77 | 24,530,453.93 |
| 5/1/2016 | 24,530,453.93 | 418,500.00 | 231,856.72 | 186,643.28 | 24,343,810.65 |
| 6/1/2016 | 24,343,810.65 | 405,000.00 | 237,762.36 | 167,237.64 | 24,176,573.01 |
| 7/1/2016 | 24,176,573.01 | 418,500.00 | 228,511.91 | 189,988.09 | 23,986,584.92 |
| 8/1/2016 | 23,986,584.92 | 418,500.00 | 234,273.39 | 184,226.61 | 23,802,358.31 |
| 9/1/2016 | 23,802,358.31 | 405,000.00 | 232,474.08 | 172,525.92 | 23,629,832.39 |
| 10/1/2016 | 23,629,832.39 | 418,500.00 | 223,344.23 | 195,155.77 | 23,434,676.62 |
| 11/1/2016 | 23,434,676.62 | 405,000.00 | 228,882.98 | 176,117.02 | 23,258,559.60 |
| 12/1/2016 | 23,258,559.60 | 418,500.00 | 219,835.04 | 198,664.96 | 23,059,894.64 |
| 1/1/2017 | 23,059,894.64 | 418,500.00 | 225,222.54 | 193,277.46 | 22,866,617.19 |
| 2/1/2017 | 22,866,617.19 | 378,000.00 | 223,334.83 | 154,665.17 | 22,711,952.02 |
| 3/1/2017 | 22,711,952.02 | 418,500.00 | 200,357.38 | 218,142.62 | 22,493,809.40 |
| 4/1/2017 | 22,493,809.40 | 405,000.00 | 219,693.67 | 185,306.33 | 22,308,503.08 |
| 5/1/2017 | 22,308,503.08 | 418,500.00 | 210,855.31 | 207,644.69 | 22,100,858.38 |
| 6/1/2017 | 22,100,858.38 | 405,000.00 | 215,855.78 | 189,144.22 | 21,911,714.16 |
| 7/1/2017 | 21,911,714.16 | 418,500.00 | 207,104.94 | 211,395.06 | 21,700,319.10 |
| 8/1/2017 | 21,700,319.10 | 418,500.00 | 211,943.77 | 206,556.23 | 21,493,762.87 |
| 9/1/2017 | 21,493,762.87 | 405,000.00 | 209,926.37 | 195,073.63 | 21,298,689.24 |
| 10/1/2017 | 21,298,689.24 | 21,500,000.00 | 201,310.76 | 21,298,689.24 | (0.00) |



EXHIBIT 8

ICON FINANCE LEASE AMORTIZATION REPORT

### GEDEN: CENTER AMORTIZATION SCHEDULE

| | |
|---|---|
| FACILITY AMOUNT | 69,000,000.00 |
| FACILITY TERM | 60.00 |
| DAILY PMT | 20,000.00 |
| BALOON OBLIGATION | 64,500,000.00 |
| INTEREST RATE | 9.5140% |

| DATE | OPENING BALANCE | PMT | INTEREST | PRINCIPAL | CLOSING BALANCE |
|---|---|---|---|---|---|
| 6/20/2011 | 69,000,000.00 | 600,000.00 | - | 600,000.00 | 68,400,000.00 |
| 7/20/2011 | 68,400,000.00 | 620,000.00 | 542,300.60 | 77,699.40 | 68,322,300.60 |
| 8/20/2011 | 68,322,300.60 | 620,000.00 | 559,740.72 | 60,259.28 | 68,262,041.31 |
| 9/20/2011 | 68,262,041.31 | 600,000.00 | 559,247.03 | 40,752.97 | 68,221,288.35 |
| 10/20/2011 | 68,221,288.35 | 620,000.00 | 540,883.70 | 79,116.30 | 68,142,172.05 |
| 11/20/2011 | 68,142,172.05 | 600,000.00 | 558,264.99 | 41,735.01 | 68,100,437.04 |
| 12/20/2011 | 68,100,437.04 | 620,000.00 | 539,925.55 | 80,074.45 | 68,020,362.59 |
| 1/20/2012 | 68,020,362.59 | 620,000.00 | 557,267.05 | 62,732.95 | 67,957,629.63 |
| 2/20/2012 | 67,957,629.63 | 580,000.00 | 556,753.10 | 23,246.90 | 67,934,382.73 |
| 3/20/2012 | 67,934,382.73 | 620,000.00 | 520,655.38 | 99,344.62 | 67,835,038.10 |
| 4/20/2012 | 67,835,038.10 | 600,000.00 | 555,748.75 | 44,251.25 | 67,790,786.85 |
| 5/20/2012 | 67,790,786.85 | 620,000.00 | 537,470.53 | 82,529.47 | 67,708,257.38 |
| 6/20/2012 | 67,708,257.38 | 600,000.00 | 554,710.08 | 45,289.92 | 67,662,967.46 |
| 7/20/2012 | 67,662,967.46 | 620,000.00 | 536,457.13 | 83,542.87 | 67,579,424.58 |
| 8/20/2012 | 67,579,424.58 | 620,000.00 | 553,654.59 | 66,345.41 | 67,513,079.18 |
| 9/20/2012 | 67,513,079.18 | 600,000.00 | 553,111.05 | 46,888.95 | 67,466,190.23 |
| 10/20/2012 | 67,466,190.23 | 620,000.00 | 534,897.00 | 85,103.00 | 67,381,087.23 |
| 11/20/2012 | 67,381,087.23 | 600,000.00 | 552,029.69 | 47,970.31 | 67,333,116.92 |
| 12/20/2012 | 67,333,116.92 | 620,000.00 | 533,841.95 | 86,158.05 | 67,246,958.87 |
| 1/20/2013 | 67,246,958.87 | 620,000.00 | 550,930.82 | 69,069.18 | 67,177,889.69 |
| 2/20/2013 | 67,177,889.69 | 560,000.00 | 550,364.96 | 9,635.04 | 67,168,254.65 |
| 3/20/2013 | 67,168,254.65 | 620,000.00 | 497,032.54 | 122,967.46 | 67,045,287.18 |
| 4/20/2013 | 67,045,287.18 | 600,000.00 | 549,278.59 | 50,721.41 | 66,994,565.78 |
| 5/20/2013 | 66,994,565.78 | 620,000.00 | 531,157.79 | 88,842.21 | 66,905,723.57 |
| 6/20/2013 | 66,905,723.57 | 600,000.00 | 548,135.20 | 51,864.80 | 66,853,858.77 |
| 7/20/2013 | 66,853,858.77 | 620,000.00 | 530,042.21 | 89,957.79 | 66,763,900.98 |
| 8/20/2013 | 66,763,900.98 | 620,000.00 | 546,973.29 | 73,026.71 | 66,690,874.28 |
| 9/20/2013 | 66,690,874.28 | 600,000.00 | 546,375.01 | 53,624.99 | 66,637,249.29 |
| 10/20/2013 | 66,637,249.29 | 620,000.00 | 528,324.85 | 91,675.15 | 66,545,574.14 |
| 11/20/2013 | 66,545,574.14 | 600,000.00 | 545,184.62 | 54,815.38 | 66,490,758.76 |
| 12/20/2013 | 66,490,758.76 | 620,000.00 | 527,163.42 | 92,836.58 | 66,397,922.18 |
| 1/20/2014 | 66,397,922.18 | 620,000.00 | 543,974.96 | 76,025.04 | 66,321,897.14 |
| 2/20/2014 | 66,321,897.14 | 560,000.00 | 543,352.11 | 16,647.89 | 66,305,249.25 |
| 3/20/2014 | 66,305,249.25 | 620,000.00 | 490,646.46 | 129,353.54 | 66,175,895.71 |
| 4/20/2014 | 66,175,895.71 | 600,000.00 | 542,155.97 | 57,844.03 | 66,118,051.68 |
| 5/20/2014 | 66,118,051.68 | 620,000.00 | 524,208.46 | 95,791.54 | 66,022,260.15 |
| 6/20/2014 | 66,022,260.15 | 600,000.00 | 540,897.29 | 59,102.71 | 65,963,157.44 |
| 7/20/2014 | 65,963,157.44 | 620,000.00 | 522,980.40 | 97,019.60 | 65,866,137.84 |
| 8/20/2014 | 65,866,137.84 | 620,000.00 | 539,618.24 | 80,381.76 | 65,785,756.08 |
| 9/20/2014 | 65,785,756.08 | 600,000.00 | 538,959.70 | 61,040.30 | 65,724,715.77 |
| 10/20/2014 | 65,724,715.77 | 620,000.00 | 521,089.95 | 98,910.05 | 65,625,805.72 |
| 11/20/2014 | 65,625,805.72 | 600,000.00 | 537,649.28 | 62,350.72 | 65,563,455.00 |
| 12/20/2014 | 65,563,455.00 | 620,000.00 | 519,811.41 | 100,188.59 | 65,463,266.41 |
| 1/20/2015 | 65,463,266.41 | 620,000.00 | 536,317.65 | 83,682.35 | 65,379,584.06 |
| 2/20/2015 | 65,379,584.06 | 560,000.00 | 535,632.07 | 24,367.93 | 65,355,216.13 |
| 3/20/2015 | 65,355,216.13 | 620,000.00 | 483,616.39 | 136,383.61 | 65,218,832.52 |
| 4/20/2015 | 65,218,832.52 | 600,000.00 | 534,315.09 | 65,684.91 | 65,153,147.61 |
| 5/20/2015 | 65,153,147.61 | 620,000.00 | 516,558.34 | 103,441.66 | 65,049,705.96 |
| 6/20/2015 | 65,049,705.96 | 600,000.00 | 532,929.49 | 67,070.51 | 64,982,635.45 |
| 7/20/2015 | 64,982,635.45 | 620,000.00 | 515,206.46 | 104,793.54 | 64,877,841.91 |
| 8/20/2015 | 64,877,841.91 | 620,000.00 | 531,521.47 | 88,478.53 | 64,789,363.38 |
| 9/20/2015 | 64,789,363.38 | 600,000.00 | 530,796.60 | 69,203.40 | 64,720,159.98 |
| 10/20/2015 | 64,720,159.98 | 620,000.00 | 513,125.46 | 106,874.54 | 64,613,285.44 |
| 11/20/2015 | 64,613,285.44 | 600,000.00 | 529,354.05 | 70,645.95 | 64,542,639.49 |
| 12/20/2015 | 64,542,639.49 | 620,000.00 | 511,718.01 | 108,281.99 | 64,434,357.50 |
| 1/20/2016 | 64,434,357.50 | 620,000.00 | 527,888.16 | 92,111.84 | 64,342,245.66 |
| 2/20/2016 | 64,342,245.66 | 580,000.00 | 527,133.52 | 52,866.48 | 64,289,379.18 |
| 3/20/2016 | 64,289,379.18 | 620,000.00 | 492,719.73 | 127,280.27 | 64,162,098.92 |
| 4/20/2016 | 64,162,098.92 | 600,000.00 | 525,657.64 | 74,342.36 | 64,087,756.56 |
| 5/20/2016 | 64,087,756.56 | 620,000.00 | 508,111.53 | 111,888.47 | 63,975,868.08 |
| 6/20/2016 | 63,975,868.08 | 64,500,000.00 | 524,131.92 | 63,975,868.08 | - |