IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ICON AMAZING, LLC | § | |
| | § | |
| VERSUS | § | |
| | § | C.A. NO. 4:13-CV-01449 |
| AMAZING SHIPPING LTD., | § | |
| GEDEN HOLDINGS, LTD. | § | |
| | § | |

**DEFENDANTS' OPPOSED MOTION FOR EXPEDITED, EMERGENCY
HEARING OF DEFENDANTS'  MOTION TO VACATE ATTACHMENT
AND DISMISS COMPLAINT**

NOW COME Defendants, Amazing Shipping Ltd. ("Amazing") and Geden

Holdings, Ltd. ("Geden"), without waiving any defenses, especially as to personal

and subject matter jurisdiction and venue, and not making a general appearance,

and respectfully request expedited, emergency hearing of Defendants' companion

Opposed Motion to Vacate Attachment and Dismiss Complaint for the reasons set

forth below.

On May 24, 2013 Plaintiff Icon Amazing LLC ("Icon") wrongfully attached

M/T HERO pursuant to Rule B of the Special Admiralty Rules.

As set forth in Defendants' companion Opposed Motion to Vacate Attachment

and Dismiss Complaint, Rule B attachment was improper because the underlying

dispute concerns sale of a vessel – M/V AMAZING – and it is well-settled that vessel

sale/finance transactions are not admiralty and maritime contracts, thus Special

Admiralty Rule remedies like Rule B attachment and Rule C arrest are unavailable

to Plaintiff.[1]

---

[1] *Clem Perrin Marine Towing, Inc. v. Panama Canal Co.*, 230 F.2d 186, 188-189 (5th Cir. 1984); *S.C. Loveland, Inc. v. East West Towing, Inc.*, 608 F.2d 160, 164; 1980 AMC 2947 (5th Cir. 1979); *Parcel Tankers Inc. v. M/T*

Wrongfully attached M/T HERO presently is at anchor, under attachment, unable to depart the Port of Houston/Galveston and thus unable to earn revenue. Her present losses are at least $10,000 per day, and she has been under attachment since May 24, 2013, about ten (10) days ago.

Defendants cannot nor should they provide Letter of Undertaking ("LOU") security or any other security or funds to obtain the release of the wrongfully attached M/T HERO.

M/T HERO interests are suffering and will continue to suffer irreparable harm if the attached Opposed Motion to Vacate and Dismiss Complaint is not heard at the Court's earliest availability.  Because of the severity of the ongoing harm, Defendants would respectfully ask that the Court address the merits of Defendants' Opposed Motion to Vacate Attachment and Dismiss Complaint within the next three calendar days.

Respectfully submitted,

*s/ Marc G. Matthews*

Marc G. Matthews
Texas Bar No. 24055921
Federal ID No. 705809
700 Louisiana Street, Suite 2600
Houston, Texas 77002
Telephone: (713) 626-1386
Telecopier: (713) 626-1388
marc.matthews@phelps.com

**ATTORNEY-IN-CHARGE FOR DEFENDANTS,  AMAZING SHIPPING LTD., GEDEN HOLDINGS, LTD.**

---

*STOLT LUISA PANDO*, 1990 WL 257638 at *1; 1990 AMC 2934 (E.D.La. 1990); *All Car Leasing Service Co. v. Campbell*, 912 F.2d 468, 1990 WL 125337, *1 - *2 (9th Cir. 1990); *Cary Marine, Inc. v. Motorvessel Papillon*, 872 F.2d 751, 755-756 (6th Cir. 1989); See also *T. Schoenbaum, Admiralty and Maritime Law* at § 3-10, p. 127 (contract for sale of a vessel is not within Admiralty jurisdiction), § 21-22, p. 507 (admiralty jurisdiction is prerequisite for Rule B attachment).

OF COUNSEL:
**PHELPS DUNBAR LLP**
Brian D. Wallace (LA Bar #17191; Fed. ID 205890)
Patricia Hair (TX Bar #8713500; Fed. ID 2960)
wallaceb@phelps.com
hairp@phelps.com

and

Watson, Farley, and Williams (New York) LLP
100 Park Avenue, 31st Floor
New York, New York 10017

## CERTIFICATE OF CONFERENCE

I certify that counsel for movant has conferred with counsel for respondent regarding the contents of this motion.  Counsel for respondent is opposed.  Counsel cannot agree about the disposition of this motion.

*s/ Marc G. Matthews*
Marc G. Matthews

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was electronically filed with the Clerk, with a copy served electronically by the Clerk or by the undersigned via certified mail, return receipt requested, on this the 4th day of June, 2013 upon all counsel of record.

*s/ Marc G. Matthews*
Marc G. Matthews

PD.9746125.1