

GEDEN LINE

NO SMOKING
SAFETY FIRST

# Geden Holdings Ltd
# Process Update #9

*Apr12 2013*

EXHIBIT
E



I. Executive Summary
II. Latest Developments
III. Restructuring Process
IV. Short Term Cash Flow
V. Timeline



# Executive Summary

- This update of the cash flow forecast includes actuals through April 14.

- Discussions continue with all stakeholders to find a consensual solution.

- The company was in the news with the arrest of the Royal for money owed to Rongsheng. This was previously projected to be paid in beyond the forecast. A partial payment has been made and the vessel has been released.



# II. Latest Developments



# Latest Developments

## Operations and Portfolio

- **Shipyard Arrest Resolved:** The Rongsheng shipyard arrested the Royal last week. The vessel has now been released. As a result of this, the cashflow forecast reflects an acceleration of the outstanding payment previously planned for Summer 2013. $8m has been paid made up of $4.5m of Geden own funds and $3.5m extension to the Credit Europe debt facility secured on the Royal. Remaining payments of $1m in each are set for June, July and August.



# Company and Fleet Overview

Employment, Tanker

## Tankers

| Ref | Vessel | Type | Daily Charter Net Rate | Charterer | Maturity | Profit Share End Date | Option Rate | Option Maturity | Option (Month) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | MT AQUA | Aframax Tanker | 13,553 | CHEVRON | Apr-14 | - | 13,553 | May-14 | 1 |
| 2 | MT ACTION | Aframax Tanker | 13,158 | URSA SHIPPING | Nov-13 | - | 13,775 | May-14 | 2 |
| 3 | MT TARGET | Aframax Tanker | 11,500 | SHELL | Apr-17 | Jun-14 | 11,500 | Apr-22 | 60 |
| 4 | MT TRUE | Aframax Tanker | 11,500 | SHELL | Apr-17 | Jun-14 | 11,500 | Apr-22 | 60 |
| 5 | MT SPIKE | Aframax Tanker | 13,158 | URSA SHIPPING | Oct-13 | - | 13,775 | Apr-14 | 6 |
| 6 | MT AVOR | Aframax Tanker | 13,063 | URSA SHIPPING | Aug-13 | - | 13,063 | Feb-14 | 6 |
| 7 | MT VALUE | Aframax Tanker | 11,500 | SHELL | Apr-17 | Jun-14 | 11,500 | Apr-22 | 60 |
| 8 | MT BRAVO | Aframax Tanker | 11,500 | SHELL | Apr-17 | Jun-14 | 11,500 | Apr-22 | 60 |
| 9 | MT POWER | Aframax Tanker | 11,500 | SHELL | Apr-17 | Jun-14 | 11,500 | Apr-22 | 60 |
| 10 | MT PROFIT | Suezmax Tanker | 13,000 | SHELL | Apr-15 | Jun-14 | 13,000 | Apr-18 | 36 |
| 11 | MT CENTER | Suezmax Tanker | 15,675 | NIDAS | Jun-13 | - | 19,500 | Jun-14 | 12 |
| 12 | MT BLUE | Suezmax Tanker | 13,000 | SHELL | Apr-15 | Jun-14 | 13,000 | Apr-18 | 36 |
| 13 | MT PINK | Suezmax Tanker | 36,834 | GLENCORE | Jun-15 | - | 36,834 | Jun-15 | - |
| 14 | MT BLANK | Suezmax Tanker | 13,000 | SHELL | Apr-15 | Jun-14 | 13,000 | Apr-18 | 36 |
| 15 | MT REEF | Suezmax Tanker | 37,080 | GLENCORE | Jul-15 | - | 37,080 | Jul-15 | - |
| 16 | MT HERO | Suezmax Tanker | 13,000 | SHELL | Nov-15 | Jun-14 | 13,000 | Nov-18 | 36 |
| 17 | MT ROYAL | Suezmax Tanker | 13,000 | SHELL | Nov-15 | Jun-14 | 13,000 | Nov-18 | 36 |
| 18 | MT ENJOY | Panamax Tanker | 13,825 | CSSA | Mar-14 | - | - | Mar-14 | - |
| 19 | MT MARKA | Panamax Tanker | 11,959 | Panamax International (P.I.) | Jun-13 | - | 12,925 | Dec-13 | 6 |
| 20 | MT CITRON | MR Pro/Chem Tanker | 13,380 | SHELL | May-13 | - | 13,380 | Jul-13 | 2 |
| 21 | MT CITRUS | MR Pro/Chem Tanker | 13,380 | SHELL | Jul-13 | - | 13,380 | Sep-13 | 2 |
| 22 | MT ACOR | Ice Class Pro/Chem Tanker | 11,700 | NORDEN | May-13 | - | 12,200 | May-14 | 12 |
| 23 | MT CARRY | Ice Class Pro/Chem Tanker | 11,150 | NORDEN | Aug-13 | - | - | Sep-13 | 1 |
| 24 | MT ROVA | Ice Class Pro/Chem Tanker | 12,250 | CSSA | Nov-13 | - | - | Dec-13 | 1 |
| 25 | MT COTTON | Ice Class Pro/Chem Tanker | 12,250 | CSSA | Nov-13 | - | - | Dec-13 | 1 |
| 26 | MT CARGO | Ice Class Pro/Chem Tanker | 11,690 | NORDEN | May-13 | - | 12,640 | May-14 | 12 |
| 27 | MT ROCK | Ice Class Pro/Chem Tanker | 12,190 | NORDEN | Mar-14 | - | | Apr-14 | 1 |
| 28 | MT ROCKET | Ice Class Pro/Chem Tanker | 11,690 | NORDEN | Jun-13 | - | 12,640 | Jul-14 | 12 |



# Company and Fleet Overview

## Employment, Bulk

| Bulkers | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ref Vessel | Type | Daily Charter Net Rate | Charterer | Maturity | Profit Share End Date | Option Rate | Option Maturity | Option (Month) |
| 31 MV SCOPE | Capesize Bulk Carrier | 10,000 | SWISS MARINE | Oct-13 | - | - | May-14 | 7 |
| 32 MV FLASH | Capesize Bulk Carrier | | DOCKYARD | - | - | - | Jan-00 | - |
| 33 MV PROUD | Capesize Bulk Carrier | 56,000 | COSCO | Jun-14 | - | - | Jun-14 | - |
| 34 MV ANGEL | Capesize Bulk Carrier | 10,213 | Oldendorff GMBH & CO. KG., Luebeck | Jan-14 | - | - | May-14 | 4 |
| 35 MV PRETTY | Capesize Bulk Carrier | 9,975 | MANSEL | Oct-13 | - | - | May-14 | 7 |
| 36 MV CASH | Kamsarmax Bulk Carrier | | N/A | - | - | - | Jan-00 | - |
| 37 MV COLLECTION | Kamsarmax Bulk Carrier | | N/A | - | - | - | Jan-00 | - |
| 38 MV CITY | Kamsarmax Bulk Carrier | | N/A | - | - | - | Jan-00 | - |
| 39 MV ASIA | Supramax Bulk Carrier | 8,466 | SUPREME BULK CARRIERS | Jun-13 | - | - | Oct-13 | 4 |
| 40 MV FANTASTIC | Supramax Bulk Carrier | 6,978 | SUPREME BULK CARRIERS | Jan-13 | - | 6,978 | Apr-13 | 3 |
| 41 MV AMAZING | Supramax Bulk Carrier | 7,267 | SUPREME BULK CARRIERS | Feb-13 | - | 7,267 | May-13 | 3 |
| 42 MV TARSUS | Supramax Bulk Carrier | 6,978 | SUPREME BULK CARRIERS | May-13 | - | 6,978 | Jul-13 | 2 |
| 43 MV SPOT | Supramax Bulk Carrier | 10,925 | GRAND WAY SUCCESS | Apr-13 | - | - | Apr-13 | - |
| 44 MV CLEAR | Supramax Bulk Carrier | 5,850 | Denmar Chartering & Trading GMBH Hamburg, Germany | May-13 | - | 5,850 | May-13 | |
| 45 MV NAMRUN | Supramax Bulk Carrier | 7,256 | SUPREME BULK CARRIERS | Jan-13 | - | 7,256 | Apr-13 | 3 |
| 46 MV BAYTUR | Supramax Bulk Carrier | 6,978 | SUPREME BULK CARRIERS | Jan-13 | - | 6,978 | Apr-13 | 3 |
| 47 MV SOUTH | Supramax Bulk Carrier | 9,144 | SUPREME BULK CARRIERS | May-13 | - | 9,144 | May-13 | |
| 48 MV EAST | Supramax Bulk Carrier | 7,700 | SUPREME BULK CARRIERS | Jun-13 | - | 7,700 | Aug-13 | 2 |
| 49 MV WEST | Supramax Bulk Carrier | 7,219 | SUPREME BULK CARRIERS | Jan-13 | - | 7,219 | Apr-13 | 3 |
| 50 MV SECRET | Supramax Bulk Carrier | 8,422 | SUPREME BULK CARRIERS | Jan-13 | - | 8,422 | Apr-13 | 3 |
| 51 MV SHARP | Supramax Bulk Carrier | 8,075 | SIVA BULK | May-13 | - | - | Jan-00 | 2 |
| 52 MV CAPITAL | Supramax Bulk Carrier | 8,075 | SIVA BULK | May-13 | - | - | Jan-00 | 2 |
| 53 MV METROPOL | Supramax Bulk Carrier | 7,219 | SUPREME BULK CARRIERS | Mar-13 | - | - | Jan-00 | - |
| 54 MV WORLD | Supramax Bulk Carrier | 8,265 | SIVA BULK | Apr-13 | - | 8,265 | Jul-13 | - |
| 55 MV EARTH | Mini Bulk Carrier | | On Spot | | - | - | Jan-00 | - |
| 56 MV WIND | Mini Bulk Carrier | | On Spot | | - | - | Jan-00 | - |
| 29 MT CV STEALTH | Aframax Tanker | | On Spot | | - | - | Jan-00 | - |
| 30 MT CS STEALTH | Aframax Tanker | | On Spot | | - | - | Jan-00 | - |



# III. Restructuring Process



# Restructuring Process
## Updated Negotiations

- The Company and its advisors have continued discussion with all stakeholders since the previous update, in order to formulate and develop a restructuring transaction for a viable long term solution. Discussions with all stakeholders continue to seek a consensual solution.

- We are in the process of distributing an alternative proposal for stakeholders to evaluate over the early part of May.



# IV. Short Term Cash Flow

    A.    Cash Flow
    B.    Variance Analysis



# Cash Flow

## Cash Flow #9

*(Currency: In millions of US dollars)*

| | Apr-13 | | | | May-13 | | | | Jun-13 | | | | Jul-13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 07/04/2013 | 14/04/2013 | 21/04/2013 | 30/04/2013 | 07/05/2013 | 14/05/2013 | 21/05/2013 | 31/05/2013 | 07/06/2013 | 14/06/2013 | 21/06/2013 | 30/06/2013 | 07/07/2013 |
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| Earnings / Income | 10.6 | - | 5.0 | - | 16.5 | - | 3.3 | - | 16.1 | - | 3.5 | - | 17.9 |
| Opex | (1.3) | (4.8) | (1.3) | (2.6) | (1.3) | (4.9) | (1.3) | (3.4) | (1.3) | (4.8) | (1.4) | (3.9) | (1.3) |
| CF from Operations | 9.2 | (4.8) | 3.7 | (2.6) | 15.2 | (4.9) | 2.0 | (3.4) | 14.8 | (4.8) | 2.1 | (3.9) | 16.6 |
| Dry Docking | | | | | (0.5) | | | (0.4) | | (0.4) | - | | |
| Capex | - | (4.2) | - | (8.0) | (16.9) | - | - | - | (1.0) | - | (16.9) | - | (1.0) |
| CF from investment | - | (4.2) | - | (8.0) | (17.4) | - | - | (0.4) | (1.0) | (0.4) | (16.9) | - | (1.0) |
| **Cash Available for Debt Service** | **9.2** | **(9.0)** | **3.7** | **(10.6)** | **(2.2)** | **(4.9)** | **2.0** | **(3.8)** | **13.8** | **(5.2)** | **(14.8)** | **(3.9)** | **15.6** |
| Principal Rpmnt | | | | | | | | | | | | | |
| -Pre | - | - | - | (12.2) | - | - | - | - | - | - | (12.2) | - | - |
| -Post | - | (0.6) | (0.6) | (2.4) | - | (0.8) | (6.7) | (1.7) | (10.2) | - | (0.6) | (6.8) | - |
| Interest | (0.6) | (0.6) | (0.3) | (1.2) | (0.7) | (1.3) | (1.9) | (0.4) | (3.0) | (0.2) | (0.6) | (0.7) | - |
| Bareboat Payments | (4.9) | - | (1.1) | (0.4) | (5.3) | - | (1.0) | (0.4) | (5.2) | - | (1.0) | (0.4) | (5.3) |
| New Korean Funds | - | - | - | - | 25.3 | - | - | - | - | - | 25.3 | - | - |
| Principal Ddwn | - | 4.2 | - | 3.5 | - | - | - | - | - | - | - | - | - |
| CF from financing | (5.5) | 3.0 | (1.9) | (12.7) | 19.3 | (2.0) | (9.7) | (2.4) | (18.4) | (0.2) | 10.9 | (8.0) | (5.3) |
| Other cash inflow | - | 1.8 | - | - | - | - | - | - | - | - | - | - | - |
| (Sharehldr Eqt Inject, Restrict cash Releases, etc) | | | | | | | | | | | | | |
| **Net Cash Flow** | **3.7** | **(4.2)** | **1.8** | **(23.3)** | **17.1** | **(6.9)** | **(7.6)** | **(6.3)** | **(4.6)** | **(5.5)** | **(3.9)** | **(11.9)** | **10.3** |
| Opening Cash | 10.0 | 13.7 | 9.5 | 11.3 | (12.1) | 5.0 | (1.9) | (9.6) | (15.8) | (20.4) | (25.9) | (29.7) | (41.6) |
| Change in Cash | 3.7 | (4.2) | 1.8 | (23.3) | 17.1 | (6.9) | (7.6) | (6.3) | (4.6) | (5.5) | (3.9) | (11.9) | 10.3 |
| **Closing Cash** | **13.7** | **9.5** | **11.3** | **(12.1)** | **5.0** | **(1.9)** | **(9.6)** | **(15.8)** | **(20.4)** | **(25.9)** | **(29.7)** | **(41.6)** | **(31.3)** |
| *Initiatives (Tier 1)* | | | | | | | | | | | | | |
| *Bank Deferral* | - | *(1.5)* | *0.6* | - | - | *0.8* | *3.5* | *1.2* | *9.1* | - | *0.6* | *5.3* | - |
| *Overdue* | - | - | - | - | - | - | - | - | - | - | - | - | - |
| *Bareboat Deferral* | *3.0* | - | *(1.5)* | *(0.1)* | *1.1* | - | *0.4* | *0.1* | *1.1* | - | *0.3* | *0.1* | - |
| *Overdue* | - | - | - | - | - | - | - | - | - | - | - | - | - |
| *Initiatives (Tier 2)* | | | | | | | | | | | | | |
| *Lloyds* | | | - | *2.4* | | - | - | - | - | - | - | - | - |
| *Deko* | | | - | *(3.0)* | - | - | *1.9* | - | - | - | - | - | - |
| *Natixis* | | | - | - | - | - | *1.3* | *0.4* | - | - | - | - | - |
| *NSF* | | | - | - | *0.6* | - | - | - | - | - | *0.3* | - | |
| *Bank Deferral* | - | - | - | *(0.6)* | *0.6* | - | *3.2* | *0.4* | - | - | *0.3* | - | - |
| *Yard* | - | - | - | - | - | - | - | - | - | - | - | - | - |
| *Suppliers* | | | | | | | | | | | | | |
| *Net Proceeds from Asset Sales* | | | | | | | | | | | | | |
| *CF from financing (Tier 1)* | *3.0* | *(1.5)* | *(0.9)* | *(0.1)* | *1.1* | *0.8* | *3.9* | *1.4* | *10.2* | - | *0.9* | *5.5* | - |
| *CF from financing (Tier 1 and 2)* | *3.0* | *(1.5)* | *(0.9)* | *(0.7)* | *1.6* | *0.8* | *7.1* | *1.8* | *10.2* | - | *1.2* | *5.5* | - |
| *Risks* | | | | | | | | | | | | | |
| *Rate decrease* | - | - | - | - | - | - | - | - | - | - | - | - | - |
| *Garanti* | | | | | | | | | | | | | |
| | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Net Initiatives | 3.0 | (1.5) | (0.9) | (0.7) | 1.6 | 0.8 | 7.1 | 1.8 | 10.2 | - | 1.2 | 5.5 | - |
| *Cumulative Initiatives* | *23.3* | *21.8* | *20.9* | *20.2* | *21.9* | *22.6* | *29.7* | *31.5* | *41.7* | *41.7* | *42.9* | *48.3* | *48.3* |
| Cash with Initiatives | 37.0 | 31.3 | 32.2 | 8.1 | 26.9 | 20.7 | 20.2 | 15.7 | 21.3 | 15.8 | 13.1 | 6.7 | 17.0 |



# Cash Flow

## Variance Actuals

*(Currency: In millions of US dollars)*

| | Actuals: 2 wks ending Apr 14 Fcst #8 | Fcst #9 | Actuals Variance | Permanent Variance | Temporary Variance | Comments Permanent; Temporary |
|---|---|---|---|---|---|---|
| Earnings / Income | 12.1 | 10.6 | (1.5) | - | (1.5) | n/a; 1.50 mio timing |
| Opex | (6.1) | (6.1) | - | - | - | |
| CF from Operations | 6.0 | 4.5 | (1.5) | - | (1.5) | |
| Dry Docking | (0.5) | - | 0.5 | | 0.5 | n/a; timing |
| Capex | (4.2) | (4.2) | - | - | - | |
| CF from investment | (4.7) | (4.2) | 0.5 | - | 0.5 | |
| **Cash Available for Debt Service** | **1.3** | **0.3** | **(1.0)** | - | **(1.0)** | |
| Principal Rpmnt | | | | | | |
| -Pre | - | - | - | - | - | |
| -Post | (0.6) | (0.6) | - | - | - | |
| Interest | (1.2) | (1.3) | (0.1) | - | (0.1) | n/a; timing |
| Bareboat Payments | (4.9) | (4.9) | - | - | - | |
| New Koreans Funds | - | - | - | - | - | |
| Principal Ddwn | 4.2 | 4.2 | - | - | - | |
| CF from financing | (2.4) | (2.5) | (0.1) | - | (0.1) | |
| Equity & Other (Cash release, etc) | - | 1.8 | 1.8 | 1.8 | - | Release of restricted cash held by Profit/DVB and Bravo/Unicredit; n/a |
| **Net Cash Flow** | **(1.1)** | **(0.5)** | **0.6** | **1.8** | **(1.2)** | |
| Opening Cash | 30.3 | 30.3 | - | - | - | |
| Change in Cash | (1.1) | (0.5) | 0.6 | 1.8 | (1.2) | |
| **Closing Cash before initiatives** | **29.2** | **29.8** | **0.6** | **1.8** | **(1.2)** | |
| Initiatives#1 | | | | | | |
| Bank deferral | 0.6 | (1.5) | (2.1) | (2.1) | - | DVB partial repayment+Bravo/Unicredit repayment; n/a |
| 2012 Overdue catch-up | - | - | - | - | - | |
| Bareboat deferral | 0.9 | 3.0 | 2.1 | - | 2.1 | n/a; timing |
| 2012 Overdue catch-up | - | - | - | - | - | |
| Initiatives#2 | | | | - | - | |
| Bank deferral | 0.5 | - | (0.5) | (0.5) | - | Bravo&Value/NSF interest; n/a |
| Yard | - | - | - | - | - | |
| Suppliers | - | - | - | - | - | |
| Net Proceeds from Asset Sales | - | - | - | - | - | |
| Total Initiatives #1 and #2 | 2.0 | 1.5 | (0.4) | (2.6) | 2.1 | |
| **Cash with R&O** | **31.1** | **31.3** | **0.2** | **(0.8)** | **1.0** | |



# Cash Flow
## Variance Forecast

*(Currency: In millions of US dollars)*

| | *Apr 1-Jul 7 Period* Fcst #8 | Fcst #9 | *13 week Variance* | *Permanent Variance* | *Temporary Variance* | *Comments Permanent; Temporary* |
|---|---|---|---|---|---|---|
| Earnings / Income | 72.9 | 72.9 | (0.0) | (0.0) | - | |
| Opex | (33.8) | (33.8) | - | - | - | |
| CF from Operations | 39.1 | 39.1 | (0.0) | (0.0) | - | |
| Dry Docking | (1.3) | (1.3) | - | - | - | |
| Capex | (48.1) | (48.1) | - | - | - | |
| CF from investment | (49.3) | (49.3) | - | - | - | |
| **Cash Available for Debt Service** | **(10.2)** | **(10.2)** | **(0.0)** | **(0.0)** | - | |
| Principal Rpmnt | | | | | | |
| -Pre | (24.4) | (24.4) | - | - | - | |
| -Post | (30.3) | (30.3) | - | - | - | |
| Interest | (11.1) | (11.5) | (0.4) | (0.4) | - | Garanti bank due to the delivery delays; n/a |
| Bareboat Payments | (24.9) | (24.9) | - | - | - | |
| New Koreans Funds | 50.5 | 50.5 | - | - | - | |
| Principal Ddwn | 4.2 | 7.7 | 3.5 | 3.5 | - | Royal-Credit Europe ; n/a |
| CF from financing | (35.9) | (32.9) | 3.1 | 3.1 | - | |
| **Equity & Other (restricted cash release, etc)** | - | 1.8 | 1.8 | 1.8 | - | Release of restricted cash held by Profit/DVB and Bravo/Unicredit; n/a |
| **Net Cash Flow** | **(46.1)** | **(41.3)** | 4.8 | 4.8 | - | |
| Opening Cash | 30.3 | 30.3 | - | - | - | |
| Change in Cash | (46.1) | (41.3) | 4.8 | 4.8 | - | |
| **Closing Cash before initiatives** | **(15.9)** | **(11.1)** | 4.8 | 4.8 | - | |
| Initiatives#1 | | | | | | |
| Bank deferral | 21.7 | 19.7 | (2.1) | (2.1) | - | DVB partial repayment+Bravo/Unicredit repayment; n/a |
| 2012 Overdue | - | - | - | - | - | |
| Bareboat deferral | 4.6 | 4.5 | (0.0) | (0.0) | - | |
| 2012 Overdue | - | - | - | - | - | |
| Initiatives#2 | | | | | | |
| Bank deferral | 4.4 | 3.9 | (0.5) | (0.5) | - | NSF interest; n/a |
| Yard | 10.0 | - | (10.0) | (10.0) | - | Royal ; n/a |
| Suppliers | - | - | - | - | - | |
| Net Proceeds from Asset Sales | - | - | - | - | - | |
| Total Initiatives #1 and #2 | 40.7 | 28.1 | (12.6) | (12.6) | - | |
| Risks | | | | | | |
| Rate decrease | - | - | - | - | - | |
| Arrest | - | | | - | - | |
| CF from financing | - | - | - | - | - | |
| Net Initiatives and Risks | 40.7 | 28.1 | (12.6) | (12.6) | - | |
| Cash with R&O | 24.8 | 17.0 | (7.8) | (7.8) | - | |



# Cash Flow

## Breakdown Overdues

*(Currency: In thousands of US Dollars)*

| Deferrals Bareboat (as of 14 Apr 13) | | |
|---|---|---|
| FSL | Aqua | 1,015.6 |
| FSL | Action | 1,015.6 |
| Stealth | Avor | 270.9 |
| Icon | Center | 840.0 |
| Octavian | Enjoy | 546.0 |
| Octavian | Marka | 546.0 |
| Icon | Fantastic | 881.1 |
| Icon | Amazing | 724.8 |
| Stealth | CV Stealth | 233.3 |
| **Total** | | **6,010.3** |

| Deferrals Banks / Other (as of 14 Apr 13) | | |
|---|---|---|
| Nord LB | Target | 611.6 |
| Nord LB | True | 682.9 |
| DVB | Profit | 735.0 |
| Commerz | Blue | 765.0 |
| HSH | Hero | 1,800.0 |
| CCB | Proud | 2,593.6 |
| Deka | Tarsus | 1,000.0 |
| Deka | Spot | 1,000.0 |
| Deka | Clear | 1,000.0 |
| DVB | Asia | 510.4 |
| DVB | Earth | 131.3 |
| DVB | Wind | 131.3 |
| **Total** | | **10,961.0** |

Natixis and Lloyds paid, Unicredit drawdown on deposit



# Cash Flow

## Suppliers

*(Currency: In thousands of USD)*

- A/P has been increased by $1.1m since the last update from $29.5

| Accounts Payable as of Mar 25 2013 | -6 months | -5 months | -4 months | -3 month | -2 months | -1 months | current month | 1 month | 2 month | 3 month | 4 month | 5 month | 6 month | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Agency & Port | 257 | 25 | 111 | 378 | 156 | 223 | 197 | 61 | - | - | - | - | | 1,408 |
| Bank Expenses | 606 | - | 3 | 34 | - | 3 | - | - | - | - | - | - | | 646 |
| Brokerage | 434 | 15 | 9 | 55 | 5 | 15 | 6 | - | - | - | - | - | - | 529 |
| Bunkers | 88 | 19 | 21 | 82 | 18 | 337 | 27 | - | - | - | - | - | - | 592 |
| Chemicals & Refrigerants | - | - | 1 | 2 | - | 2 | 1 | - | - | - | - | - | - | 7 |
| Classification Services | 127 | 44 | 90 | 320 | 141 | 200 | 88 | - | - | - | - | - | - | 1,010 |
| Consultancy | 802 | - | - | - | - | | | - | - | - | - | - | - | 802 |
| Crew Agency | - | - | 3 | 51 | 29 | 37 | 33 | - | - | - | - | - | - | 153 |
| Crew Related | 18 | - | - | 6 | 36 | 30 | 111 | 185 | - | - | - | - | - | 385 |
| Drydock | 69 | - | 135 | 84 | - | - | - | - | - | - | - | - | - | 288 |
| Insurance | - | - | - | 17 | 837 | 1,363 | 1,581 | 1,817 | 481 | 1,045 | 534 | 325 | 1,930 | 9,930 |
| Logistics & Forwarding | 21 | 8 | 79 | 5 | 8 | 64 | 34 | 12 | - | - | - | - | - | 231 |
| Lubricants | - | - | 122 | 224 | 40 | 118 | 851 | 663 | 119 | 48 | - | - | - | 2,184 |
| Management | - | - | - | - | 71 | 251 | 313 | - | - | - | - | - | - | 635 |
| Membership Fees | 38 | 5 | 8 | 32 | 5 | 44 | - | - | - | - | - | - | - | 133 |
| Navigation & Communication | 219 | 64 | 52 | 287 | 123 | 176 | 80 | 3 | - | - | - | - | - | 1,005 |
| Office | 64 | - | 109 | - | 2 | - | - | - | - | - | - | - | - | 175 |
| Other | 228 | 45 | 44 | 142 | 16 | 339 | 1,425 | 3 | - | 2 | - | - | - | 2,244 |
| Paints | 53 | 207 | 77 | 512 | - | 44 | 54 | 62 | - | - | - | - | - | 1,008 |
| Provision & Catering | 49 | - | 1 | 27 | 7 | 287 | 33 | 186 | - | - | - | - | - | 588 |
| Spares & Technical services | 1,513 | 148 | 127 | 380 | 146 | 319 | 216 | 127 | - | - | - | - | - | 2,974 |
| Stores & Consumable supply | 1,178 | 85 | 334 | 897 | 276 | 515 | 281 | 31 | - | - | - | - | - | 3,598 |
| TOTAL | 5,763 | 665 | 1,326 | 3,534 | 1,916 | 4,367 | 5,319 | 3,150 | 599 | 1,095 | 534 | 325 | 1,930 | 30,525 |

# Cash Flow

Available Cash

60
50
40
30
20
10
0
7-Jan
14-Jan
21-Jan
31-Jan
7-Feb
14-Feb
21-Feb
28-Feb
7-Mar
14-Mar
21-Mar
31-Mar
7-Apr
14-Apr
21-Apr
30-Apr
7-May
14-May
21-May
31-May
7-Jun
14-Jun
21-Jun
30-Jun
7-Jul
CF#1
CF#3
CF#4
CF#5
CF#6
CF#7
CF#8
CF#9

Note: CF#2 was not circulated

Geden Holdings Ltd. 16



# V. Timeline



# Timeline

## Process

| M | T | W | T | F | S | S | M | T | W | T | F | S | S | M | T | W | T | F | S | S | M | T | W | T | F | S | S | M | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr | Apr |

| | Target Date | New Date | Resp. |
|---|---|---|---|
| **NDSTILL PERIOD** | | | |
| **Short Term Cash Flow** | | | |
| CF Report (#1) - actuals thru 01-Dec | 20-Dec | | Company |
| CF Report (#2) - No cash Flow | 18-Jan | | Company |
| CF Report (#3) - actuals thru 18-Jan | 30-Jan | 01-Feb | Company |
| CF Report (#4) - actuals thru 01-Feb | 13-Feb | | Company |
| CF Report (#5) - actuals thru 15-Feb | 27-Feb | | Company |
| CF Report (#6) - actuals thru 01-Mar | 13-Mar | | Company |
| CF Report (#7) - actuals thru 15-Mar | 27-Mar | | Company |
| CF Report (#8) - actuals thru 29-Mar | 10-Apr | | Company |
| CF Report (#9) - actuals thru 12-Apr | 24-Apr | 30-Apr | Company |
| CF Report (#10) - actuals thru 26-Apr | 08-May | | Company |
| **Standstill** | | | |
| Standstill Request | 25-Dec | | Company |
| Equity injection of $10m | 30-Dec | | Company & S/H |
| Comments from lenders | 18-Jan | | Lenders |
| **Baytur Sale** | | | |
| Marketing, Inspection, Negotiations | 15-Feb | | Company |
| Close | 01-Apr | | Company |
| **Royal Refinancing** | | | |
| Bank Approval | 24-Jan | | Company |
| Bank Drawdown | 05-Feb | | Company |
| **Royal Alternatives** | | | |
| Bank #1 decision on financing | 01-Feb | | Company |
| Bank #1 potential drawdown | 18-Feb | | Company |
| **TRUCTURING** | | | |
| **Restructuring Terms** | | | |
| Company-led proposal circulation | 20-Nov | | Company |
| Bilateral Discussions with Lenders | 25-Jan | | AP/Company |
| Bilateral Discussions with BB Owners | 30-Jan | | AP/Company |
| Update#1 on Company Proposal | 08-Feb | 28-Feb | AP/Company |
| BB Owner meetings in New York | 21-Mar | 17-Apr | Owners |
| Circulation of Alternative Proposal | 02-May | | AP/Company |
| Credit Committee Approvals (tentative) | 15-May | | Lenders/Owner |
| Documentation (tentative) | 29-Mar | 26-May | Legal |
| Close (tentative) | 01-Apr | 02-Jun | All |

# Timeline

## Process

| W | T | F | S | S | M | T | W | T | F | S | S | M | T | W | T | F | S | S | M | T | W | T | F | S | S | M | T | W | T | F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| May | May | May | May | May | May | May | May | May | May | May | May | May | May | May | May | May | May | May | May | May | May | May | May | May | May | May | May | May | May | May |

| | Target Date | New Date | Resp. |
|---|---|---|---|
| NDSTILL PERIOD | | | |
| **Short Term Cash Flow** | | | |
| CF Report (#1) - actuals thru 01-Dec | 20-Dec | | Company |
| CF Report (#2) - No cash Flow | 18-Jan | | Company |
| CF Report (#3) - actuals thru 18-Jan | 30-Jan | 01-Feb | Company |
| CF Report (#4) - actuals thru 01-Feb | 13-Feb | | Company |
| CF Report (#5) - actuals thru 15-Feb | 27-Feb | | Company |
| CF Report (#6) - actuals thru 01-Mar | 13-Mar | | Company |
| CF Report (#7) - actuals thru 15-Mar | 27-Mar | | Company |
| CF Report (#8) - actuals thru 29-Mar | 10-Apr | | Company |
| CF Report (#9) - actuals thru 12-Apr | 24-Apr | 30-Apr | Company |
| CF Report (#10) - actuals thru 26-Apr | 08-May | | Company |
| **Standstill** | | | |
| Standstill Request | 25-Dec | | Company |
| Equity injection of $10m | 30-Dec | | Company & S/H |
| Comments from lenders | 18-Jan | | Lenders |
| **Baytur Sale** | | | |
| Marketing, Inspection, Negotiations | 15-Feb | | Company |
| Close | 01-Apr | | Company |
| **Royal Refinancing** | | | |
| Bank Approval | 24-Jan | | Company |
| Bank Drawdown | 05-Feb | | Company |
| **Royal Alternatives** | | | |
| Bank #1 decision on financing | 01-Feb | | Company |
| Bank #1 potential drawdown | 18-Feb | | Company |
| TRUCTURING | | | |
| **Restructuring Terms** | | | |
| Company-led proposal circulation | 20-Nov | | Company |
| Bilateral Discussions with Lenders | 25-Jan | | AP/Company |
| Bilateral Discussions with BB Owners | 30-Jan | | AP/Company |
| Update#1 on Company Proposal | 08-Feb | 28-Feb | AP/Company |
| BB Owner meetings in New York | 21-Mar | 17-Apr | Owners |
| Circulation of Alternative Proposal | 02-May | | AP/Company |
| Credit Committee Approvals (tentative) | 15-May | | Lenders/Owner |
| Documentation (tentative) | 29-Mar | 26-May | Legal |
| Close (tentative) | 01-Apr | 02-Jun | All |