**Reagan Mills**

| | |
|---|---|
| **From:** | Tobias Backer <TBacker@iconinvestments.com> |
| **Sent:** | Wednesday, April 24, 2013 12:38 PM |
| **To:** | Moufflet, Francois; Mehmet MAT |
| **Cc:** | Stein, Albert; Sybille Andaur; Michael Markowitz; David Verlizzo; Jason Braunstein |
| **Subject:** | RE: Re: |
| **Attachments:** | Geden Payments (April 24, 2013).xlsx |

Francois

Further to our telephone conversation earlier today, please find attached the overview showing the payment shortfall for the Center, Amazing and Fantastic.

Regards,

Tobias

**From:** Moufflet, Francois [mailto:fmoufflet@alixpartners.com]
**Sent:** Thursday, April 18, 2013 7:54 PM
**To:** Tobias Backer; 'mehmetmat@gedenlines.com'; 'neil.mclaughlin@dvbbank.com'; 'jurek.bochner@dvbbank.com'; 'james.baldino@dvbbank.com'; 'Evan.Cohen@dvbbank.com'
**Cc:** Stein, Albert
**Subject:** RE: Re:


Tobias,

We've discussed this further internally and believe this meeting is untimely. We do believe it will be productive for you to hold bilateral discussions directly with your lenders and we are convinced that they will continue to be supportive.

Regards,

Francois


---

**Francois Moufflet**
**Alix**Partners |20 North Audley Street | London, W1K 6WE| +44.7825.094.846 (m)
*fmoufflet@alixpartners.com* | *www.AlixPartners.com*

**From:** Tobias Backer [mailto:TBacker@iconinvestments.com]
**Sent:** 18 April 2013 9:44 PM
**To:** 'mehmetmat@gedenlines.com'; Moufflet, Francois; 'neil.mclaughlin@dvbbank.com'; 'jurek.bochner@dvbbank.com'; 'james.baldino@dvbbank.com'; 'Evan.Cohen@dvbbank.com'
**Subject:** Re:

Meeting moved to ICON's offices.



**From**: Tobias Backer
**Sent**: Thursday, April 18, 2013 04:19 PM
**To**: Mehmet Mat (mehmetmat@gedenlines.com) <mehmetmat@gedenlines.com>; Francois Moufflet (fmoufflet@alixpartners.com) <fmoufflet@alixpartners.com>; Neil McLaughlin (neil.mclaughlin@dvbbank.com) <neil.mclaughlin@dvbbank.com>; Jurek Bochner (jurek.bochner@dvbbank.com) <jurek.bochner@dvbbank.com>; James Baldino (james.baldino@dvbbank.com) <james.baldino@dvbbank.com>; Cohen, Evan <Evan.Cohen@dvbbank.com>
**Subject**:

Further to earlier discussions, we look forward to see you at DVB's offices at 9.30 am tomorrow.  609 Fifth Avenue, Fifth Floor

Regards,

ICON INVESTMENTS

C. Tobias Backer
Managing Director - Head of Shipping & Offshore
ICON Capital, LLC
3 Park Avenue, 36th Floor
New York, NY 10016
O: +1 212 418-4716
M: +1 917 207-8680
tbacker@iconinvestments.com

Confidential: This electronic message and all contents contain information from the firm of AlixPartners, LLP and its affiliates which may be confidential or otherwise protected from disclosure. The information is intended to be for the addressee only. If you are not the addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately at +1 (248) 358-4420 and destroy the original message and all copies.

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

**Geden Default Interest Calculation - Apr 24th 2013**

## MV Amazing

Default Interest Rate    13.18201% Implicit Rate + 2% default interest

| | Scheduled Payment | Payment Received | Default Interest | Payment Due |
|---|---|---|---|---|
| 11/1/2012 | 405,000 | - | | 405,000.00 |
| 12/1/2012 | 418,500 | - | 4,448.93 | 827,948.93 |
| 1/2/2013 | 418,500 | 807,300 | 9,701.36 | 448,850.29 |
| 1/14/2013 | - | 108,943 | - | 339,907.17 |
| 1/29/2013 | - | 108,943 | | 230,964.05 |
| 2/1/2013 | 378,000 | | 4,092.91 | 613,056.95 |
| 2/13/2013 | | 108,943 | | 504,113.83 |
| 3/1/2013 | 418,500 | 108,943 | 7,862.29 | 821,533.00 |
| 3/18/2013 | | 13,816 | | 807,717.29 |
| 4/1/2013 | 405,000 | | 9,254.54 | 1,221,971.84 |
| 4/10/2013 | | 116,714 | | 1,105,257.59 |
| 4/24/2013 | | | 9,692.93 | 1,114,950.52 |

Amount Due on Apr 24, 2013:    1,114,950.52

| Collected | | 55% | |
|---|---|---|---|
| **Total Default Interest Charged to Date** | | | 35,360.03 |

## MV Fantastic

Default Interest Rate    13.18201% Implicit Rate + 2% default interest

| | Scheduled Payment | Payment Received | Default Interest | Payment Due |
|---|---|---|---|---|
| 11/1/2012 | 405,000 | - | | 405,000.00 |
| 12/1/2012 | 418,500 | - | 4,448.93 | 827,948.93 |
| 1/2/2013 | 418,500 | 807,300 | 9,701.36 | 448,850.29 |
| 1/14/2013 | - | 104,518 | - | 344,332.16 |
| 1/29/2013 | - | 104,612 | | 239,720.28 |
| 2/1/2013 | 378,000 | | 4,126.83 | 621,847.11 |
| 2/13/2013 | | 104,612 | | 517,235.23 |
| 3/1/2013 | 418,500 | 104,612 | 8,035.44 | 839,158.79 |
| 3/18/2013 | | 31,234 | | 807,924.37 |
| 4/1/2013 | 405,000 | | 9,365.32 | 1,222,289.69 |
| 4/15/2013 | | 105,422 | | 1,116,867.81 |
| 4/24/2013 | | | 9,946.51 | 1,126,814.32 |

Amount Due on Apr 24, 2013:    1,126,814.32

| Collected | | 55% | |
|---|---|---|---|
| **Total Default Interest Charged to Date** | | | 35,677.88 |

## MV Center

Default Interest Rate    5.30000%

| | Scheduled Payment | Payment Received | Default Interest | Payment Due |
|---|---|---|---|---|
| 11/21/2012 | 600,000 | - | | 600,000.00 |
| 12/21/2012 | 620,000 | - | 2,755.40 | 1,222,755.40 |
| 1/22/2013 | 620,000 | - | 5,984.11 | 1,848,739.51 |
| 2/4/2013 | - | 420,656 | - | 1,428,083.81 |
| 2/21/2013 | 560,000 | - | 7,384.12 | 1,995,467.93 |
| 2/22/2013 | - | 989,813 | - | 1,005,654.93 |
| 3/4/2013 | - | 494,819 | - | 510,836.18 |
| 3/21/2013 | 620,000 | - | 3,169.62 | 1,134,005.80 |
| 4/10/2013 | - | 478,938 | 3,467.66 | 658,535.96 |
| 4/21/2013 | 620,000 | | 1,107.45 | 1,279,643.41 |
| | | | | 1,279,643.41 |

Amount Due on Apr 24, 2013:    1,279,643.41    2,559,286.83

2,559,286.83

| 5.51080% | December - 1 month Libor+5.3% | http://www.fedprimerate.com/libor/libor_rates_history.htm |
| 5.50570% | January - 1 month Libor+5.3% | http://www.fedprimerate.com/libor/index.html#currentliborrates |
| 5.49920% | February 4th - 1 month Libor+5.3% | http://www.fedprimerate.com/libor/index.html#currentliborrates |
| 5.49920% | February 4th - 1 month Libor+5.3% | http://www.fedprimerate.com/libor/index.html#currentliborrates |
| 5.50220% | February 26th - 1 month Libor+5.3% | http://www.fedprimerate.com/libor/index.html#currentliborrates |
| 5.50420% | March 25th - 1 month Libor+5.3% | http://www.fedprimerate.com/libor/index.html#currentliborrates |
| 5.50420% | March 25th+5.3% | |
| 5.50370% | March 25th - 1 month Libor+5.3% | |

| **Total Default Interest Charged to Date** | | 29,868.96 |
|---|---|---|

| Collected | | 65% |
|---|---|---|

| | | collected |
|---|---|---|
| Amazing | 1,114,950.52 | 55.2% |
| Fantastic | 1,126,814.32 | 54.7% |
| Center | 1,279,643.41 | 65.1% |
| **Total** | **3,521,408.25** | |