

Company | Businesses | Individual Investors | Financial Advisors | Institutional Investors | Investor Relations

Businesses
Equipment Finance Funds
  Approach
  **Capabilities**
  Portfolio
  Team
  Current Offerings
Oil & Gas
Business Development Company
Capital Markets & Advisory Services

ICON Investments > Businesses > Equipment Finance Funds > Capabilities

## Capabilities

As a principal investor and committed partner, our customers are guaranteed a level of service and satisfaction that is unparalleled in the industry. We provide all of our customers with:

*Certainty* – Since ICON is principal investor our customers eliminate the risk of syndication

*Commitment* – ICON is a long-term investor with the objective of helping its customers achieve its goals

*Financing Structures* – Senior Secured First Lien Loans, Senior Secured Second Lien Loans, Junior Capital, Secured Mezzanine Debt, Operating Leases, Finance Leases, Portfolio Acquisitions

*Flexibility* – Our wide range of experience in different industries, asset classes and financing structures provides customers with some of the most flexible and creative financing solutions in the market

*Investment sizes* - US$ 5 million to US$ 150 million

*Reliability* – ICON conducts preliminary due diligence that is thorough and vetted by executive management to ensure a high probability of approval and successful execution.

*Responsiveness* – Our culture and structure allows us to deliver quick and meaningful feedback to customers and execute transaction without undue delays

*Target Industries* – Capital asset intensive industries such as construction, energy, information technology, manufacturing, off-shore oil field services, shipping, telecommunications and transportation, to name a few.

*Transaction types* – Expansion & Growth, Recapitalizations, Leveraged and Management Buyouts, Bridge to Permanent Financing, Turnarounds and Restructuring

11

Copyright © 1999-2013 ICON Investments. All rights reserved. | Terms of Use | Sitemap     Developed by CMDS: Website Design and SEO Agency Serving New York



DEFENDANT'S EXHIBIT REPLY 5