IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ICON AMAZING, L.L.C., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-13-1449 |
| | § | |
| AMAZING SHIPPING, LTD. *and* | § | |
| GEDEN HOLDINGS, LTD., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the Court is Defendants' Opposed Motion to Vacate Attachment and Dismiss Complaint (Document No. 22). On Monday, June 10, 2013, the Court conducted a court hearing pursuant to the Supplemental Rules for Admiralty or Maritime, Rule E(4)(f), whereby it heard argument from both parties. Having considered the motion, submissions, oral argument of each party, and applicable law, the Court determines the motion should be granted, the attachment should be vacated, and the case should be dismissed. In sum, the Court finds that it lacks subject-matter jurisdiction, as this case does not arise under the laws of admiralty. The Court will issue a memorandum opinion, setting forth its specific findings and reasons at a later date. Accordingly, the Court hereby

**ORDERS** that Defendants' Opposed Motion to Vacate Attachment and Dismiss Complaint (Document No. 22) is **GRANTED**.

The Court will issue a separate memorandum opinion detailing its findings and legal reasoning for dismissal.

SIGNED at Houston, Texas, on this __11__ day of June, 2013.

DAVID HITTNER
United States District Judge