IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ICON AMAZING, L.L.C., | § § | |
| Plaintiff, | § § | |
| v. | § § § | Civil Action No. H-13-1449 |
| AMAZING SHIPPING, LTD. *and* GEDEN HOLDINGS, LTD., | § § § § | |
| Defendants. | § | |

## ORDER

Pending before the Court is the Emergency Motion for Stay of Order Vacating Attachment (Document No. 37) filed by Plaintiff. Having considered the motion, submissions, and applicable law, the Court determines the motion should be granted. The Court's order dated June 11, 2013 (Document No. 36) is hereby stayed pending the Court's issuance of a memorandum opinion setting forth its specific findings and reasons shall issue shortly. Accordingly, the Court hereby

**ORDERS** that the Emergency Motion for Stay of Order Vacating Attachment (Document No. 37) is **GRANTED**. The Court further

**ORDERS** that the Court's order vacating the attachment of the M/V HERO is hereby stayed pending the issuance of the Court's memorandum opinion.

SIGNED at Houston, Texas, on this _12_ day of June, 2013.

                                                                             DAVID HITTNER
                                                          United States District Judge