IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ICON AMAZING, L.L.C., | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. H-13-1449 |
| AMAZING SHIPPING, LTD. *and* GEDEN HOLDINGS, LTD., | § § § § | |
| Defendants. | § § | |

### ORDER

Pending before the Court is the Emergency Motion to Extend and/or Clarify the Stay Order of Motion and Order to Vacate the Attachment and for an Order Compelling the Vessel to Return and/or Remain in the Jurisdiction Pending Issuance of Written Reasons and Appeal to the Fifth Circuit Court (Document No. 43) filed by Plaintiff. Having considered the motion, submissions, applicable law, and practicalities of the situation, the Court determines the motion should be denied as moot. The record indicates that the *M/V Hero* is no longer at port within this Court's jurisdiction. The Court finds it incongruent that the Plaintiff is asking for an additional stay when the vessel, at Plaintiff's instruction, has already left the port. Moreover, as indicated in its previous order granting the motion to vacate, the Court determines that it does not have subject-matter jurisdiction, and further, there is no basis to order the *Hero* to return to port as requested by Plaintiff. Accordingly, the Court hereby

**ORDERS** that the Emergency Motion to Extend and/or Clarify the Stay Order of Motion and Order to Vacate the Attachment and for an Order Compelling the Vessel to Return and/or Remain in the Jurisdiction Pending Issuance of Written Reasons and Appeal to the Fifth Circuit Court (Document No. 43) filed by Plaintiff is **DENIED AS MOOT**.

SIGNED at Houston, Texas, on this __18__ day of June, 2013.

DAVID HITTNER
United States District Judge