IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ICON AMAZING, L.L.C., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. H-13-1449 |
| AMAZING SHIPPING, LTD. *and* GEDEN HOLDINGS, LTD., | § § § § | |
| Defendants. | | |

## **FINAL JUDGMENT**

Because the Court has determined that it lacks subject matter jurisdiction and thus, has dismissed all claims asserted in this lawsuit by Plaintiff Icon Amazing, L.L.C. against the Defendants, the Court hereby

**ORDERS** that Icon Amazing, L.L.C.'s case is **DISMISSED.**

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas, on this __18__ day of June, 2013.

DAVID HITTNER
United States District Judge